IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **ABIGAIL MARILYN AYERS**, as Surviving Spouse and Administratrix of the Estate of **JONATHAN PAUL AYERS**,<br><br>    Plaintiff,<br><br>vs.<br><br>**OFFICER BILLY SHANE HARRISON**, Individually and In His Official Capacity; **OFFICER KYLE BRYANT**, Individually and In His Official Capacity; **OFFICER CHANCE OXNER**, Individually; **THE MOUNTAIN JUDICIAL CIRCUIT NARCOTICS CRIMINAL INVESTIGATION AND SUPPRESSION TEAM**; **SHERIFF RANDY SHIRLEY**, Individually and In His Official Capacity; **SHERIFF JOEY TERRELL**, Individually, and In His Official Capacity,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:10-CV-0032 -RWS |

## **ORDER**

This case comes before the Court on Non-Party City of Baldwin's

Motion for Judgment on the Pleadings [37], Non-Party City of Clarkesville's Motion for Judgment on the Pleadings [38], Non-Party City of Cornelia's Motion for Judgment on the Pleadings [39], Non-Party City of Mountain City's Motion for Judgment on the Pleadings [40], Non-Party City of Sky Valley's Motion for Judgment on the Pleadings [41], Non-Party City of Toccoa's Motion for Judgment on the Pleadings [42], Non-Party Town of Mount Airy's Motion for Judgment on the Pleadings [43], Non-Party City of Clayton's Motion for Judgment on the Pleadings [46], Non-Party Town of Alto's Motion for Judgment on the Pleadings [47], Non-Parties City of Demorest, Georgia, City of Dillard, City of Tallulah Falls' Motion to Dismiss [50], Non-Parties City of Demorest, Georgia, City of Dillard, City of Tallulah Falls' Motion to Quash [56], and City of Baldwin, City of Clarkesville, City of Cornelia, City of Mountain City, City of Sky Valley, City of Toccoa, Town of Mount Airy's Motion to Quash [65].

The Court held a hearing on the pending motions on July 15, 2010. Based on the arguments asserted at the hearing and the relevant pleadings, the Court finds the municipalities are not parties in the above-captioned action, and as such, are not entitled to the requested relief at this time. Accordingly, the

2

motions for judgment on the pleadings and dismissal are **DENIED**.  The subsequent discovery motions are **DENIED as moot**.

Conclusion

Based on the foregoing, Motions for Judgment on the Pleadings [37, 38, 39, 40, 41, 42, 43, 46, 47] are **DENIED**.  Motion to Dismiss [50] is **DENIED**.  Motions to Quash [56, 65] are **DENIED as moot**.

**SO ORDERED** this  15th  day of July, 2010.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)