IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ABIGAIL MARILYN AYERS, as
Surviving Spouse and
Administratix of the Estate of
JONATHAN PAUL AYERS,

    Plaintiff,

v.

BILLY SHANE HARRISON,

    Defendant.

CIVIL ACTION NO.
2:10-CV-032-RWS

## VERDICT

**Do you find from a preponderance of the evidence:**

(a)    That Defendant intentionally committed acts that violated Jonathan Ayers' constitutional right not to be subjected to excessive or unreasonable force by a law enforcement officer?

Answer Yes or No   __Yes__

If you answer "No," this will end your deliberations. If you answer "Yes," you will proceed to Section (b).

(b)     That Defendant's acts were the cause of damages sustained by Plaintiff?

Answer Yes or No __Yes__

If you answer "No," this will end your deliberations. If you answer "Yes," you will proceed to Section (c)

(c)     That Plaintiff should be awarded damages to compensate for medical and funeral expenses of Jonathan Ayers?

Answer Yes or No __Yes__

If you answered "No," you will proceed to Section (d).

If you answered Yes,
In what amount             $__35,507__

Proceed to Section (d).

(d)     That Plaintiff should be awarded damages to compensate for pre-death physical or emotional pain or mental anguish of Jonathan Ayers?

Answer Yes or No __Yes__

If you answered "No," you will proceed to Section (e).

If you answered Yes,
In what amount                     $ 5,000

Proceed to Section (e).

(e)   That Plaintiff should be awarded damages to compensate for the full value of the life of Jonathan Ayers?

Answer Yes or No  Yes

If you answered "No," this will end your deliberations.

If you answered Yes,
In what amount for the
economic value of
Jonathan Ayers' life              $ 1,264,765

In what amount for the
intangible element of
Jonathan Ayers' life              $ 1,000,000

**SO SAY WE ALL.**

Date: 2/20/2014              _____
                                                 FOREPERSON