IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ABIGAIL MARILYN AYERS,      )
                                )    CIVIL ACTION FILE
    Plaintiff,           )
                                )    NO. 2:10-CV-0032-RWS
BILLY SHANE HARRISON,     )
                                )
    Defendant.          )

## DECLARATION OF DAVID PAULK

STATE OF GEORGIA

      COMES NOW David Paulk, who declares and affirms that the following statements are true and correct:

•

      My name is David Paulk.  I am more than eighteen (18) years of age and legally competent to give this Declaration.  Unless otherwise stated, the statements contained in this Declaration are based upon my personal knowledge.

•

      I am employed as the Director of Risk Management and Insurance for the Association County Commissioners of Georgia, and I serve as manager for the ACCG - Interlocal Risk Management Agency (ACCG - IRMA), which is a non-profit, member-owned property and liability insurance pool designed to meet the insurance needs of Georgia counties.  In that capacity, I have first-hand knowledge concerning the insurance coverage issued to Stephens County, Georgia that has been implicated by the jury verdict and potential judgment in this matter.

1

●

ACCG offers and manages a non-profit, self-insured pool in which Georgia counties and authorities join together to create a source of insurance coverage for their liability needs, and this pool, known as ACCG-Interlocal Risk Management Agency (ACCG-IRMA), operates under the authority of the O.C.G.A. §36-85-1 *et seq*.; it is regulated by the Office of the Commissioner of Insurance for the State of Georgia.

●

ACCG-IRMA was established in 1987 and currently has 157 members. Insurance premiums paid by member entities are deposited and invested until such time that they are needed to pay claims. As shown by the most recent audited financial statements (2013, 2012), ACCG - IRMA had current assets of $101,811,593 and a fund balance or surplus of $59,345,340 as of June, 2013. Copies of the statements are attached hereto.

●

ACCG–IRMA has a member coverage agreement with Stephens County that was in effect in September 2009, under which coverage is provided to Stephens County, its employees, its elected officials and employees of the elected officials. A copy of the Declarations page for that Member Agreement is attached.  Through that member agreement, Billy Shane Harrison, as a deputy with the Stephens County Sheriff's Office, is covered for the incident underlying the above-referenced lawsuit.

●

The limit of liability under the referenced Member Agreement is $1

2

million, and no other policy issued by ACCG–IRMA provides coverage to Harrison for this incident.  The Superior Court of Banks County recently confirmed this in an a declaratory judgment action styled *Association County Commissioners Of Georgia-Interlocal Risk Management Agency v. Ayers, et al.*, 13-CV-154 M, filed in the Superior Court of Banks County, Georgia.

•

Assuming a Judgment is entered and is affirmed on appeal, ACCG-IRMA acknowledges it is obligated to satisfy the Judgment on behalf of Stephens County, Georgia pursuant to the Membership Coverage Agreement, subject to a $1 Million Dollar occurrence limit.

•

ACCG-IRMA will be able to pay the $1 Million Dollars in policy limits pursuant to the satisfaction of any judgment within twenty-one (21) days of any adverse final ruling on appeal.


### Declaration Under 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2014, in the State of Georgia, United States of America.

David Paulk

3

## ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
## INTERLOCAL RISK MANAGEMENT AGENCY
## COMBINED AUTOMOBILE, CRIME, LIABILITY AND PROPERTY COVERAGES
## MEMBER COVERAGE AGREEMENT

### GENERAL COVERAGE DECLARATIONS

The Association County Commissioners of Georgia – Interlocal Risk Management Agency (IRMA) is a risk sharing arrangement among Georgia County Governments. IRMA exists by authority of the Official Code of Georgia Annotated 36-85-1 *et seq.*

**AGREEMENT NO.:**   2850

**NAMED MEMBER:**   Habersham County

**ADDRESS:**   555 Monroe Street, Unit 20

Clarkesville GA 30523

In consideration of the contribution set out in Part IV of the General Coverage Declarations and in reliance upon the statements in the application referred to in Part V of the General Coverage Declarations and any supplementary information pertaining thereto, which shall be deemed incorporated herein, being representations which, if inaccurate, may render this Agreement null and void and relieve ACCG-IRMA from all liability, ACCG-IRMA agrees to provide coverage as follows:

I.   **AGREEMENT PERIOD**

FROM:   01-JUL-2008        TO:        01-JUL-2009

at 12:01 am local time at Named Member's address shown above.

II.   **COVERAGE SUMMARY**

NOTE:   *Extensions and Sub-limits may apply to various Sections - see specific coverage Section for details.*

| SECTION I - PROPERTY COVERAGE (INCLUDING EQUIPMENT BREAKDOWN COVERAGE) | LIMITS OF LIABILITY PER OCCURRENCE LIMITS: | DEDUCTIBLE |
|---|---|---|
| A. Real and Personal Property | Replacement Cost, subject to separate Per Occurrence and Aggregate limits below: | $2,500 |
| Earthquake | $5,000,000 | |
| Flood | $5,000,000 | |
| Except as respects locations situated wholly or partially within Flood Zones A or V* | $1,000,000 | |

*Note: All loss or damage to property within Flood Zones A and V is excluded from coverage unless scheduled as such with IRMA.*

Ed. 070108                                    1

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY
COMBINED AUTOMOBILE, CRIME, LIABILITY AND PROPERTY COVERAGES
MEMBER COVERAGE AGREEMENT

## GENERAL COVERAGE DECLARATIONS (continued)

|  | LIMITS OF LIABILITY PER OCCURRENCE LIMITS: | DEDUCTIBLE |
|---|---|---|
| B. Automobile Physical Damage and Mobile Equipment | Per Schedule on file with IRMA | $2,500 |
| SECTION II - COMPREHENSIVE GENERAL LIABILITY | $1,000,000 | $2,500 |
| SECTION III - LAW ENFORCEMENT LIABILITY | $1,000,000 | $10,000 |
| SECTION IV - AUTOMOBILE LIABILITY Combined Single Limit (or Split Limits as follows: Bodily Injury Per Person/Bodily Injury Aggregate/ Property Damage) | $1,000,000 | $2,500 |
| SECTION V - ERRORS AND OMISSIONS LIABILITY Part A - Public Officials Errors and Omissions Liability<br><br>Part B - Employee Benefits Liability | $1,000,000 per Wrongful Act and $2,000,000   annual aggregate. These limits apply in total over Part A and Part B and not separately to each Part. | $10,000 |

*NOTE: Part B, Employee Benefits Liability, is afforded on a Claims-Made basis and contains provisions, which may be different from those of other Sections of this Agreement.*

A retroactive date of 01-JUL-1991 applies to this Coverage Agreement as respects Section V, Part B - Employee Benefits Liability.

| SECTION VI - CRIME COVERAGE | PER OCCURRENCE LIMIT: | DEDUCTIBLE $2,500 |
|---|---|---|
| A. Money and Securities (Loss Inside the Premises) | $150,000 | |
| B. Money and Securities (Loss Outside the Premises) | $150,000 | |
| C. Blanket Employee Dishonesty and Faithful Performance | $50,000 Per Employee | |
| D. Statutory Bonds | Various Limits | |
| E. Forgery and Alteration | $150,000 | |
| F. Computer Theft and Funds Transfer Fraud | $150,000 | |
| G. Money Orders and Counterfeit Currency | $150,000 | |

Ed. 070108                                          2

EXHIBIT TO DAVID PAULK DECLARATION - DECLARATION PAGES

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY
COMBINED AUTOMOBILE, CRIME, LIABILITY AND PROPERTY COVERAGES
MEMBER COVERAGE AGREEMENT

GENERAL COVERAGE DECLARATIONS (continued)

SECTION VII - GENERAL COVERAGE CONDITIONS

SECTION VIII - GENERAL COVERAGE EXCLUSIONS

III. **DEDUCTIBLE**

As respects any one Occurrence or, with respect to coverage under Section V - Errors and Omissions Liability, Wrongful Act, the IRMA limit of liability hereon shall be reduced by the deductible(s) shown under II. Coverage Summary above.

As respects to a location wholly or partially within Flood Zones A & V, the IRMA limit of liability will be excess of the maximum limits available in the National Flood Insurance Program ($500,000 for loss or damage to Building Property and $500,000 for loss or damage to Personal Property for any one occurrence). Should the amount of loss payable under such National Flood Insurance Policy(s) exceed the applicable flood deductible under this Coverage Agreement, then no deductible shall apply hereunder. However, if the amount to be paid under such National Flood Insurance Policy(s) is less than the applicable flood deductible under this Coverage Agreement, then the amount to be deducted hereunder shall not exceed the difference between the amount to be paid under the Named Member's such National Flood Insurance Policy(s) and the applicable flood deductible under this Coverage Agreement. "Fl ood Zones A & V"wherev er used herein means the locations designated by the Federal Emergency Management Agency (FEMA) as subject to a flood frequency up to and including the 100 year frequency; except when a finished floor elevation is determined to be above the level of the 100 year flood, or when such location is protected by dams, levees, dikes or walls which (a) protect such areas from at least the level of the 100 year flood, and (b) have no openings or flood gates, and (c) were built by and either maintained or inspected by the Army Corp. of Engineers.

In the event that more than one Deductible could apply to the same loss, only the highest Deductible will be applied.

IV. **CONTRIBUTION**                  As stated in the Contribution Worksheet.

The contribution indicated in the worksheet is subject to review by underwriters at each anniversary for the forthcoming period of coverage based on current underwriting information.

V. **APPLICATION DATED**                  As stated on the application.

VI. **TERRITORIAL SCOPE**
This coverage applies worldwide with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America, but only if a claim is made or a suit is brought for such Occurrence or Wrongful Act in the United States of America, and provided in the case of liability coverage the Member's responsibility to pay damages is

### ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
### INTERLOCAL RISK MANAGEMENT AGENCY
### COMBINED AUTOMOBILE, CRIME, LIABILITY AND PROPERTY COVERAGES
### MEMBER COVERAGE AGREEMENT

---

### GENERAL COVERAGE DECLARATIONS (continued)

determined in a suit on the merits in the United States of America (including its territories and possessions), Puerto Rico, or Canada or in a settlement IRMA agrees to.

### VII.   NAMED MEMBER

The entity indicated on page one (1) of this Coverage Agreement that has entered into this contract with IRMA.

### VIII.   MEMBER

It is agreed that the unqualified word "Member" wherever used in this Coverage Agreement includes not only the Named Member, but also:

A. Any official, trustee, director, officer, or employee of the Named Member while acting within the scope of his or her duties as such; any volunteer acting for or on behalf of the Named Member, provided said individual has been authorized to act on behalf of the Named Member by an official, director or supervisory officer of the Named Member; and any person, organization, trustee or estate to whom the Named Member is obligated by virtue of written contract or agreement to provide coverage such as is offered by this Coverage Agreement but only in respect to operations by or on behalf of the Named Member, and only to the extent called for in the contract or agreement, but in no event for greater coverage than is otherwise afforded by this Coverage Agreement.

B. Under Section IV - Automobile Liability, any person while using a Covered Automobile and any person or organization legally responsible for the use thereof, provided the actual use of the Covered Automobile is by a Member or with his permission. This coverage with respect to any person or organization other than the Named Member does not apply:

   1.   To any person or organization, or to any agent or employee thereof, operating an automobile sales agency, repair shop, service station, storage garage or public parking place, with respect to any accident arising out of the operation thereof;

   2.   To any employee with respect to injury to or sickness, disease or death of another employee of the same Named Member injured in the course of such employment in an accident arising out of the maintenance or use of the Automobile in the business of such Named Member;

   3.   With respect to any Hired Automobile, to the owner or a lessee thereof, other than the Named Member, nor to any agent or employee of such owner or lessee.

The inclusion hereunder of more than one Member shall not operate to increase IRMA's limits of liability.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY
ATLANTA, GEORGIA

STATUTORY FINANCIAL STATEMENTS

JUNE 30, 2013 AND 2012

ATTACHMENT TO DAVID PAULK DECLARATION - ACCG - IRMA FINANCIAL STATEMENTS

# CONTENTS

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT |  |
| | |
| STATUTORY FINANCIAL STATEMENTS | |
| | |
| Statutory statements of admitted assets, liabilities and members' fund balance | 2 |
| Statutory statement of income | 3 |
| Statutory statement of members' fund balance | 4 |
| Notes to statutory financial statements | 5 - 18 |
| | |
| INDEPENDENT AUDITORS' REPORT ON SUPPLEMENTARY DATA | |
| | |
| SUPPLEMENTARY DATA | |
| | |
| Statutory operating expenses – Trustees' Fund | 20 |
| Claims paid | 21 |
| Open claim reserves | 22 |



## INDEPENDENT AUDITORS' REPORT

To the Board of Trustees
Association County Commissioners of Georgia
  Interlocal Risk Management Agency

We have audited the accompanying statutory financial statements of Association County Commissioners of Georgia Interlocal Risk Management Agency (ACCG-IRMA), which comprise the statutory statements of admitted assets, liabilities, and members' fund balance as of June 30, 2013 and 2012, and the related statutory statement of income for the 2013, 2012 and 2011 policy years ended June 30, 2013, and the statutory statement of members' fund balance as of June 30, 2013, and the related notes to the statutory financial statements.

### Management's Responsibility for the Statutory Financial Statements

Management is responsible for the preparation and fair presentation of these statutory financial statements in accordance with the financial reporting provisions of the Georgia Department of Insurance. Management is also responsible for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of statutory financial statements that are free from material misstatement, whether due to error or fraud.

### Auditors' Responsibility

Our responsibility is to express an opinion on these statutory financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the statutory financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the statutory financial statements. The procedures selected depend on the auditors' judgment, including assessment of the risks of material misstatement of the statutory financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the Fund's preparation and fair presentation of the statutory financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Fund's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the statutory financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the statutory financial statements referred to above present fairly, in all material respects, the admitted assets, liabilities, and members' fund balance of ACCG-IRMA as of June 30, 2013 and 2012, and the results of its operations for the year then ended, in accordance with the financial reporting provisions of the Georgia Department of Insurance as described in Note 1.

**Basis of Accounting**

We draw attention to Note 1 of the statutory financial statements, which describes the basis of accounting. The statutory financial statements are prepared on the basis of financial reporting provisions of the Georgia Department of Insurance, which is a basis of accounting other than accounting principles generally accepted in the United States of America, to comply with the requirements of the Georgia Department of Insurance. Our opinion is not modified with respect to that matter.

**Restriction on Use**

This report is intended solely for the information and use of the board of trustees and management of ACCG-IRMA and the Georgia Department of Insurance and is not intended to be and should not be used by anyone other than these specified parties.

*Holbrooks Hells & Associates, LLC*

Atlanta, Georgia
October 4, 2013

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY
ATLANTA, GEORGIA

STATUTORY STATEMENTS OF ADMITTED ASSETS, LIABILITIES
AND MEMBERS' FUND BALANCE
June 30, 2013 and 2012

| ADMITTED ASSETS | 6/30/13 | 6/30/12 |
|---|---|---|
| CASH AND INVESTED ASSETS | | |
| Bonds, amortized cost | $ 68,921,241 | $ 65,369,034 |
| Stocks, market value | 24,740,068 | 22,644,347 |
| Investment in County Reinsurance Limited | 3,115,829 | 2,381,487 |
| Pending trades receivable | 37,248 | 556,569 |
| Cash and short-term investments | 3,628,114 | 6,615,817 |
| Total cash and invested assets | 100,442,500 | 97,567,254 |
| | | |
| Deductible receivable, net | 204,386 | 313,289 |
| Reinsurance recoverables on paid claims | 507,313 | 1,568,186 |
| Accrued interest and dividends receivable | 435,652 | 497,403 |
| Other assets | 221,732 | 244,656 |
| | | |
| Total admitted assets | $101,811,583 | $100,190,788 |

LIABILITIES AND MEMBERS' FUND BALANCE

| LIABILITIES | | |
|---|---|---|
| Open claims reserves | $ 20,804,760 | $ 21,189,150 |
| Incurred but not reported claims reserves (IBNR) | 15,498,996 | 15,435,426 |
| Adjusting and other expense reserves (AOE) | 2,411,564 | 2,216,969 |
| Dividends payable | 2,000,000 | 2,000,000 |
| Advance contributions received | 503,886 | 1,188,671 |
| Pending trades payable | 930,771 | 2,623,454 |
| Accrued expenses and payables | 316,266 | 216,050 |
| Total liabilities | 42,466,243 | 44,869,720 |
| | | |
| MEMBERS' FUND BALANCE | | |
| Statutory surplus | 450,000 | 450,000 |
| Net unrealized gain on investments | 7,840,598 | 5,080,394 |
| Undesignated members' fund balance | 51,054,742 | 49,790,674 |
| Total members' fund balance | 59,345,340 | 55,321,068 |
| | | |
| Total liabilities and members' fund balance | $101,811,583 | $100,190,788 |

See Independent Auditors' Report.
The Notes to Statutory Financial Statements are an integral part of these statements.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

STATUTORY STATEMENT OF INCOME
As of June 30, 2013

|  | Policy Year | | |
| --- | --- | --- | --- |
|  | 2013 | 2012 | 2011 |
| TRUSTEES' FUND |  |  |  |
| Normal contributions earned | $ 23,798,853 | $ 23,149,135 | $ 22,790,677 |
| Less: Contributions transferred to |  |  |  |
| Indemnity Fund | ( 18,843,638) | ( 15,421,710) | ( 13,763,215) |
| Contributions earned –Trustees' Fund | 4,955,215 | 7,727,425 | 9,027,462 |
| Investment income | 4,548,023 | 3,600,132 | 4,511,399 |
| Other income | 3,731 | 9,220 | 37,636 |
| Operating revenue | 9,506,969 | 11,336,777 | 13,576,497 |
| Expenses: |  |  |  |
| Operating expenses | 8,678,157 | 7,681,720 | 7,481,524 |
| Total expenses | 8,678,157 | 7,681,720 | 7,481,524 |
| Net income -Trustees' Fund | $    828,812 | $  3,655,057 | $ 6,094,973 |
| INDEMNITY FUND |  |  |  |
| Contributions earned transferred from |  |  |  |
| Trustees' Fund | $ 18,843,638 | $ 15,421,710 | $ 13,763,215 |
| Expenses: |  |  |  |
| Claims paid | 3,873,488 | 5,999,959 | 8,044,091 |
| Open claims reserves | 4,087,445 | 5,459,190 | 3,967,187 |
| Incurred but not reported claims | 9,590,285 | 3,453,926 | 1,451,731 |
| Adjusting and other expense reserves | 1,292,420 | 508,635 | 300,206 |
| Total expenses | 18,843,638 | 15,421,710 | 13,763,215 |
| Net income - Indemnity Fund | -0- | -0- | -0- |
| Net income | $    828,812 | $ 3,655,057 | $ $6,094,973 |

See Independent Auditors' Report.
The Notes to Statutory Financial Statements are an integral part of these statements.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

STATUTORY STATEMENT OF MEMBERS' FUND BALANCE
As of June 30, 2013

| | Trustees' Fund | Indemnity Fund | Members' Fund Balance |
|---|---|---|---|
| Policy Year | | | |
| 2013 | $ 828,812 | $ -0- | $ 828,812 |
| 2012 | 3,655,057 | -0- | 3,655,057 |
| 2011 | 6,094,973 | -0- | 6,094,973 |
| Previous policy years | | | 40,925,900 |
| | | | 51,504,742 |
| Net unrealized gain on investments | | | 7,840,598 |
| | | | $ 59,345,340 |

See Independent Auditors' Report
The Notes to Statutory Financial Statements are an integral part of these statements.

- 4 -

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 1.    Nature of Operations and Summary of Significant Statutory Accounting Practices and
Procedures

Nature of operations:

The Association County Commissioners of Georgia Interlocal Risk Management Agency
(the "Fund") was established in 1987 under the laws of the state of Georgia to provide an
alternative source for member counties to acquire property and liability insurance
coverage.  The Fund is domiciled in the state of Georgia and operates as a tax-exempt,
nonprofit entity.  The Fund's general objectives are to formulate, develop, and administer
a program of insurance on behalf of the member counties and to develop a
comprehensive loss control program.   The Association County Commissioners of
Georgia (ACCG) provides for the overall management of the Fund.

If the assets of the Fund are at any time insufficient to enable it to discharge its legal
liabilities and other obligations and to maintain the reserves and surplus required, the
member counties could be assessed for the amount needed to make up the deficiency.
The Fund's policy period is July 1 through June 30.

Basis of accounting:

The accompanying financial statements have been prepared in conformity with the
National Association of Insurance Commissioners Accounting Practices and Procedures
Manual and the accounting practices prescribed or permitted by the Commissioner of the
Georgia Department of Insurance ("SAP").  The accompanying financial statements have
been presented in the prescribed format of the Georgia Department of Insurance.

Under SAP, the net income and members' fund balance will vary from those amounts,
which would be reported under Generally Accepted Accounting Principles ("GAAP").
Significant differences between SAP and GAAP as they apply to the Fund are as follows:

- The statement of income of policy years is restated each year to reflect changes in
  subsequent years attributable to prior policy years.
- The Fund presents its revenues, expenses and surplus for each policy year in two
  separate operating funds:

  Trustees' Fund - the Trustees' Fund is allocated all of the earned contributions
  not allocated to the Indemnity Fund and all operating expenses except claims.
  The Trustees' Fund is also credited with all investment income.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 1.   Nature of Operations and Summary of Significant Statutory Accounting Practices and
Procedures (continued)

Indemnity Fund - the Indemnity Fund is allocated various percentages of
earned contributions and is charged with all claims and loss reserves.  The
percentage of earned contributions allocated is determined based on the total
expenses of the Indemnity Fund.  The Indemnity Fund is also credited with
amounts recovered from excess insurance, which covers claims exceeding
certain individual claim levels and aggregate claims exceeding certain levels
of earned contributions.

- Under SAP, bonds are generally carried at amortized cost.  Under GAAP,
investments in bonds classified as other than held to maturity are recorded at
market value with unrealized gains and losses recorded as either a separate
component of surplus for available-for-sale securities or as a direct charge to
income for trading securities.
- Under SAP, policy acquisition costs are expensed as incurred rather than deferred
and amortized over the policy term as required under GAAP.
- Under SAP, losses and loss adjustment expenses are presented net of reinsurance
receivable on unpaid losses rather than on a gross basis as required under GAAP.
- Under SAP, certain assets such as prepaid expenses and overdue contribution
receivables and are considered non-admitted and are excluded from assets and
members' fund balance.
- Under SAP, a provision for reinsurance is recorded for reinsurance recoverable on
paid losses aged over ninety days and for unauthorized reinsurance.  For GAAP
purposes, a provision for uncollectible reinsurance is required when it is probable
that the carrying value of reinsurance recoverables has been impaired and the
amount can be reasonable estimated.  For SAP, the provision for reinsurance is
charged directly to surplus, whereas for GAAP, the provision for reinsurance is
recorded as an expense on the income statement.
- There is a presentation of other comprehensive income for GAAP but not for
SAP.
- The statement of cash flows is not a required statement of the format prescribed
by SAP.

Management has not quantified the differences between the two accounting methods.

Admitted and non-admitted assets:

Assets are included in the statutory statements of admitted assets, liabilities, and
members' fund balance at admitted asset values.  Non-admitted assets are excluded
through a charge to members' fund balance.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 1.    Nature of Operations and Summary of Significant Statutory Accounting Practices and
           Procedures (continued)

Estimates:

The preparation of statutory financial statements requires management to make estimates
and assumptions that affect the reported amounts of admitted assets and liabilities,
disclosure of contingent assets and liabilities at the date of the statutory financial
statements, and the reported amounts of revenues and expenses during the reporting
period.  Actual results could differ from those estimates.

Concentrations of credit risk:

The Fund maintains its cash in bank accounts which, at times, may exceed the federal
insured limit of $250,000.  The Fund has not experienced any losses in such accounts and
believes it is not exposed to any significant credit risk on cash.

Financial instruments:

A financial instrument has off-balance sheet risk of accounting loss if the risk of
accounting loss to the Fund may exceed the amount recognized as a liability.  The Fund
has not identified any financial instruments that would have significant off-balance sheet
risk.

Short-term investments:

Short-term investments consist primarily of money market funds reported at fair value.

Investments:

Common stocks, other than investments in affiliates, are reported at fair value.   The
Fund's investment in County Reinsurance Limited is reported at its cost as adjusted to
reflect its equity in this affiliate's earnings on a statutory basis.

Bonds, loan-backed and structured securities are reported at amortized cost using the
interest method of amortization.  Prepayment assumptions for loan-backed and structured
securities were obtained from the Fund's brokerage firm.   These assumptions are
consistent with the current interest rate and economic environment.  Significant changes
in estimated cash flows from the original purchase assumptions are accounted for using
the prospective method.  Non-qualifying debt securities are those that are in default or
otherwise impaired as to principal, interest payments or some other valuation factor.
These debt securities are carried at the lower of book value or market value.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 1.    Nature of Operations and Summary of Significant Statutory Accounting Practices and
Procedures (continued)

Investments (continued):

Realized gains and losses on sales of investments are determined using the average cost
method for each security at the time of sale.  Any realized gains or losses are included in
investment income for the applicable policy year.  The Fund is restricted to investing in
eligible investments, as defined by the Insurance Commissioner of Georgia.

Accrued investment income:

The Fund does not admit investment income due or accrued if amounts are over 90 days
past due.  No amounts were non-admitted as of June 30, 2013 and 2012.

Receivables:

The reserve method is used to provide for doubtful accounts.  Also, any balances due
over 90 days old are not admitted as an asset.  No allowance for doubtful accounts was
deemed necessary by management at June 30, 2013 and 2012.

Equipment and software:

The Fund has a capitalization policy for purchases of items such as electronic data
processing equipment, software, furniture and other equipment.  No items have been
capitalized under these thresholds.

Insurance liabilities:

The liability for open claims reserves, reserve for claims incurred but not reported, and
reserve for adjusting and other expenses includes an amount determined from individual
cases and an amount based on industry averages and the Fund's experience.  Such
liabilities are necessarily based on estimates.  While management and their independent
consulting actuarial firm believe that the amount is adequate, the ultimate liability may be
in excess or less than the amounts provided.  The methods for making such estimates are
continually reviewed and any adjustments are reflected in earnings currently.

The liability for open claims reserves and incurred but not reported claims reserves is
subject to certain minimum requirements.  These minimum requirements are included in
the liabilities and members' fund balance accounts as the excess of statutory reserves
over statement reserves as applicable.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 1.   Nature of Operations and Summary of Significant Statutory Accounting Practices and
Procedures (continued)

Reinsurance:

In the normal course of business and as required by Georgia law and regulation, the Fund
obtains excess insurance.  The reinsurance is purchased to reduce the loss that may arise
from catastrophes or other events that cause unfavorable underwriting results by
reinsuring certain levels of risk with other insurance enterprises or reinsurers.  Amounts
recoverable from reinsurers are estimated in a manner consistent with the reinsured
policy.  A provision for reinsurance, if applicable, is included in the liabilities and surplus
accounts that represent a portion of the recoverable that is over 90 days outstanding.

Policy acquisition costs:

Policy acquisition costs are charged to operations as incurred.

Recognition of contribution revenues:

The Fund's written contributions are based on the annualized method and recognized on
a daily pro rata basis over the policy term.  All policies expire on the Fund's fiscal year
end; therefore, there are no unearned contributions at June 30, 2013 and 2012.

Management review:

Management has evaluated subsequent events through October 4, 2013, the date the
statutory financial statements were available to be issued.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 2.   Invested Assets

The aggregate amortized cost, gross unrealized holding gains, gross unrealized holding losses and fair value of securities by security type at June 30, 2013 and 2012 are as follows:

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| Bonds: | | | | |
| At June 30, 2013: | | | | |
| U.S. Government | $38,744,607 | $ 437,451 | ($ 323,541) | $38,858,517 |
| Loan-backed securities | 2,556,336 | 114,364 | ( 42,194) | 2,628,506 |
| Industrial and Miscellaneous | 27,620,298 | 1,035,955 | ( 457,948) | 28,198,305 |
| | $68,921,241 | $ 1,587,770 | ($ 823,683) | $69,685,328 |
| At June 30, 2012: | | | | |
| U.S. Government | $35,082,341 | $ 1,055,266 | ($ 3,610) | $36,133,997 |
| Loan-backed securities | 2,587,666 | 196,932 | ( 509) | 2,784,089 |
| Industrial and miscellaneous | 27,699,027 | 1,866,748 | ( 5,500) | 29,560,275 |
| | $65,369,034 | $ 3,118,946 | ($ 9,619) | $68,478,361 |

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 2.    Invested Assets (continued)

| | Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| Stocks: | | | | |
| At June 30, 2013: | | | | |
| Banks, trust and insurance companies | $ 2,705,236 | $    631,737 | ($    33,023) | $ 3,303,950 |
| Industrial and Miscellaneous | 16,706,215 | 4,908,503 | (    178,600) | 21,436,118 |
| | 19,411,451 | 5,540,240 | (    211,623) | 24,740,068 |
| Investment in County Reinsurance Limited | 603,848 | 2,511,981 | -0- | 3,115,829 |
| | $20,015,299 | $ 8,052,221 | ($  211,623) | $27,855,897 |
| At June 30, 2012: | | | | |
| Banks, trust and insurance companies | $ 2,571,519 | $    431,071 | ($  205,772) | $ 2,796,818 |
| Industrial and miscellaneous | 16,770,073 | 3,351,762 | (    274,306) | 19,847,529 |
| | 19,341,592 | 3,782,833 | (    480,078) | 22,644,347 |
| Investment in County Reinsurance Limited | 603,848 | 1,777,639 | -0- | 2,381,487 |
| | $19,945,440 | $ 5,560,472 | ($  480,078) | $25,025,834 |

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 2.    Invested Assets (continued)

The following table shows the fair value and gross unrealized losses aggregated by investment category and length of time individual securities have been in a continuous unrealized loss position, as of June 30, 2013.

| | Less than Twelve months | | Twelve months or more | | Total | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Loss | Fair Value | Unrealized Loss | Fair Value | Unrealized Loss |
| **Bonds:** | | | | | | |
| U.S. Government | $20,512,942 | ($  314,884) | $  600,276 | ($  8,657) | $21,113,218 | ($323,541) |
| Loan-backed Securities | 1,792,750 | (    42,194) | -0- | -0- | 1,792,750 | (   42,194) |
| Industrial and Miscellaneous | 8,765,307 | (  392,204) | 913,370 | (  65,744) | 9,678,677 | (  457,948) |
| | $31,070,999 | ($  749,282) | $1,513,646 | ($ 74,401) | $32,584,645 | ($823,683) |
| | | | | | | |
| **Stocks:** | | | | | | |
| Banks, trust and insurance companies | $          -0- | $          -0- | $    98,559 | ($ 33,023) | $    98,559 | ($ 33,023) |
| Industrial and miscellaneous | 1,770,686 | (  127,001) | 592,854 | (  51,599) | 2,363,540 | (  178,600) |
| | $ 1,770,686 | ($  127,001) | $  691,413 | ($ 84,622) | $ 2,462,099 | ($211,623) |

The Fund invests in several asset categories that could potentially be adversely affected by subprime mortgage exposure. These investments include loan-backed securities and equity investments in financial institutions. The Fund believes that its greatest exposure is to unrealized losses from declines in asset values versus realized losses resulting from defaults or foreclosures. Conservative investment practices limit the Fund's exposure to such losses.

Other-than temporary impairment losses result in a permanent reduction of the cost basis of the underlying investment and are reflected as a realized loss. In evaluating potential impairment, management and their investment advisors consider, among other criteria: the current fair value compared to amortized cost or cost, as appropriate; the length of time the security's fair value has been below amortized cost or cost; management's intent and ability to retain the investment for a period of time sufficient to allow for any anticipated recovery in value; specific credit issues related to the issuer; and current economic conditions. During 2013 and 2012, the Fund did not record any other-than temporary impairment losses.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 2.    Invested Assets (continued)

Gross realized gains and losses on sales of investments for the policy year ended June 30, 2013 were:

|  |  |  |
|---|---|---|
| Gross realized gains: | | |
| Bonds | $ | 947,567 |
| Stocks | | 2,149,595 |
| | $ | 3,097,162 |
| | | |
| Gross realized losses: | | |
| Bonds | $ | 127,453 |
| Stocks | | 175,267 |
| | $ | 302,720 |

The Fund sold investments totaling $43,578,928 during the policy year ended June 30, 2013.

The scheduled maturities of debt securities at June 30, 2013, are as follows:

| | Amortized Cost | Fair Value |
|---|---|---|
| Due in one year or less | $  3,220,451 | $  3,256,148 |
| Due after one year through five years | 44,757,291 | 45,614,715 |
| Due after five years through ten years | 18,576,740 | 18,377,804 |
| Due after ten years through twenty years | 1,287,024 | 1,293,019 |
| Due after twenty years | 1,079,735 | 1,143,642 |
| | $ 68,921,241 | $ 69,685,328 |

Actual maturities may differ from contractual maturities if the issuers have the right to prepay the obligation.

Net unrealized gain on investments in the amount of $7,840,598 and $5,080,394 as of June 30, 2013 and 2012, respectively, are included in the members' fund balance in the accompanying statutory statements of admitted assets, liabilities, and members' fund balance.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 3:    Fair Value Measurements

The Fund has adopted Statement of Statutory Accounting Principle No. 100 ("SSAP No. 100"). SSAP No. 100 establishes a single definition of fair value, creates a three-tier hierarchy as a framework for measuring fair value based on inputs used to value the Fund's investments, and requires additional disclosure about fair value. The hierarch of inputs is summarized below.

Level 1- Quoted prices in active markets for identical assets or liabilities
Level 2- Other significant observable inputs (including quoted prices for similar investments, dealer and broker quotations, certain pricing models, bid prices, benchmark yields and other observable market data, etc.)
Level 3- Significant unobservable inputs (including the Fund's own assumptions in determining the fair value of the investments)

The Fund uses valuation techniques to measure fair value that are consistent with the market approach and/or income approach, depending on the type of the security and the particular circumstance. The market approach uses prices and other relevant information generated by market transactions involving identical or comparable securities. The income approach uses valuation techniques to convert future amounts to a single present amount. The inputs or methodology used for valuing securities are not necessarily an indication of the risk associated with investing in those securities.

The availability of observable market data is monitored to assess the appropriate classification of financial instruments within the fair value hierarchy. Changes in economic conditions or model-based valuation techniques may require the transfer of financial instruments from one fair value level to another. In such instances, the transfer is reported at the beginning of the reporting period.

Admitted assets reported at fair value on a recurring basis are as follows:

| Description | Fair Value at 6/30/13 | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Short-term investments ............. | $ 4,667,261 | $ 4,667,261 | $       -0- | $       -0- |
| Stocks ....................... | 24,740,068 | 24,740,068 | -0- | -0- |
| Investment in County Reinsurance Ltd ....... | 3,115,829 | -0- | -0- | 3,115,829 |
| Total assets reported at fair value | $32,523,158 | $29,407,329 | $       -0- | $ 3,115,829 |

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 3.    Fair Value Measurements (continued)

The investment in County Reinsurance Limited (CRL) is generally nontransferable and is not traded on the open market, constituting a Level 3 fair value assessment.

Fair Value Measurements at Reporting Date Using Significant Unobservable Inputs (Level 3):

|  | Investment in CRL | Total |
|---|---|---|
| Beginning Balance | $2,381,487 | $2,381,487 |
| Total gains (losses)-realized | -0- | -0- |
| Interest income | -0- | -0- |
| Included in members' fund balance | 734,342 | 734,342 |
| Purchases, Issuances, and Settlements | -0- | -0- |
| Transfers in and/or out of Level 3 | -0- | -0- |
| Ending Balance | $3,115,829 | $3,115,829 |
| The amount of total gains (losses) for the period included in net income (loss) attributable to the change in unrealized gains (losses) relating to assets still held at the reporting date. | -0- | -0- |

The table below reflects the fair values and admitted asset values of all admitted assets and liabilities that are financial instruments excluding those accounted for under the equity method (Investment in CRL).  The fair values are also categorized into the three-tier fair value hierarchy as described above.

| Type of Financial Instrument | Fair Value | Admitted Value | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|---|
| Cash and short-term investments | $ 3,628,114 | $ 3,628,114 | $ 3,628,114 | $ -0- | $ -0- |
| Stocks | 24,740,068 | 24,740,068 | 24,740,068 | -0- | -0- |
| Bonds | 69,685,328 | 68,921,241 | -0- | 69,685,328 | -0- |
| Total assets | $ 98,053,510 | $97,289,423 | $28,368,182 | $69,685,328 | $ -0- |
| Total liabilities | $ -0- | $ -0- | $ -0- | $ -0- | $ -0- |

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 4.    Reinsurance Activity

The Fund cedes insurance to other companies and these reinsurance contracts do not relieve the Fund from its obligations to policyholders. Failure of reinsurers to honor their obligations could result in losses to the Fund; consequently, allowances are established for any amounts deemed uncollectible. The Fund evaluates the financial condition of its reinsurers and monitors concentrations of credit risk of the reinsurers to minimize exposure to significant losses from reinsurer insolvencies. At June 30, 2013 and 2012, the Fund had no unsecured reinsurance balances and $3,980,000 and $4,390,000 respectively of secured reinsurance balances, including ceded case reserves with reinsurers. The Fund had no ceded reinsurance balances in dispute at June 30, 2013 and 2012 and no amounts were written off during the period ended June 30, 2012.

The Fund limits the maximum net loss that can arise from large risks or risks in concentrated areas of exposure by reinsuring (ceding) certain levels of risks with other insurers or reinsurers. Ceded reinsurance is treated as the risk and liability of the assuming companies.

The effect of reinsurance on contributions written and earned for the 2013 policy year is as follows:

|          | Written | Earned |
|----------|---------|--------|
| Direct   | $23,798,853 | $23,798,853 |
| Assumed  | -0- | -0- |
| Ceded    | ( 4,493,214) | ( 4,493,214) |
| Net      | $19,305,639 | $19,305,639 |

The amounts of ceded losses pertaining to reinsurance contracts that were deducted from losses incurred were approximately $2,784,000 for all policy years during the period ended June 30, 2013.

One of the Fund's reinsurers obtained a trust account for deposits of payments for reinsurance agreements with the Fund in order to be considered an admitted reinsurer for the State of Georgia. The Fund holds collateral under these related reinsurance agreements in the form of a Section 114 Trust Agreement totaling approximately $5,550,000 at June 30, 2013 that can be drawn on without notice to the reinsurer. The Trust Agreement covers losses for the 1998 and future policy years.

Note 5.    Statutory Surplus

The Fund is required to maintain a minimum statutory surplus of $450,000.

- 16 -

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 5.    Statutory Surplus (continued)

On May 31, 2013, the Board of Trustees voted to authorize the distribution of $2,000,000 in surplus funds to those members of the Fund who were members in any or all policy years 2000 through 2004 and earlier and who renew their membership July 1, 2013. The dividend will be calculated and distributed on a pro rata basis of premium or contribution-to-surplus basis. For those members who are eligible for the dividend, it will be credited as an offset to their 2014 contribution.

Note 6.    Policyholder Dividends

The Fund declares and pays policyholder dividends on policies written in Georgia. These dividends are approved by the Board of Trustees in accordance with the Fund's dividend policy. These funds may be paid from surplus to the extent that surplus exceeds the required minimum level of $450,000 or additional surplus levels as required by the Georgia Department of Insurance. Policyholder dividends payable were $2,000,000 at June 30, 2013 and $2,000,000 was returned to the policyholders during 2013.

Note 7.    Liability for Losses and Loss Adjustment Expenses

Activity in the open claims reserves, incurred but not reported claims reserves, and adjusting and other expense reserves is summarized as follows:

|  | 6/30/13 | 6/30/12 |
|---|---|---|
| Balance at July 1 | $38,841,545 | $43,198,289 |
| Less reinsurance recoverable | ( 1,568,186) | ( 601,057) |
| Net balance at July 1 | 37,273,359 | 42,597,232 |
|  |  |  |
| Incurred related to: |  |  |
| Current year | 18,843,638 | 18,305,995 |
| Prior years | ( 1,305,459) | ( 11,562,716) |
| Total incurred | 17,538,179 | 6,743,279 |
|  |  |  |
| Paid related to: |  |  |
| Current year | 3,873,488 | 3,121,092 |
| Prior years | 12,730,043 | 8,946,060 |
| Total paid | 16,603,531 | 12,067,152 |
|  |  |  |
| Net balance at June 30 | 38,208,007 | 37,273,359 |
| Plus reinsurance recoverable | 507,313 | 1,568,186 |
| Balance at June 30 | $38,715,320 | $38,841,545 |

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

NOTES TO STATUTORY FINANCIAL STATEMENTS
June 30, 2013 and 2012

Note 8.    Income Taxes

The Fund has received a determination letter from the Internal Revenue Service
indicating that it qualifies under applicable provisions of the Internal Revenue Code and
is exempt from Federal income taxes.

Note 9.    Related Party Transactions

An affiliate is paid management and administrative service and sponsorship fees,
including claims management fees.   These fees totaled approximately $2,570,000,
$2,490,000 and $2,670,000 for the 2013, 2012 and 2011 policy years, respectively, as of
June 30, 2013 for these services and are included in operating expenses in the
accompanying statutory statement of income.  At June 30, 2013 and 2012, no amounts
were due to this affiliate.

The Fund has a reinsurance agreement with County Reinsurance Limited.  Premiums
paid to this company were approximately $4,490,000, $3,680,000 and $3,340,000 for the
2013, 2012, and 2011 policy years, respectively, as of June 30, 2013 and are included in
operating expenses in the accompanying statutory statement of income.  At June 30, 2013
and 2012, approximately $510,000 and $1,570,000 respectively, were due from this
affiliate and are included in reinsurance recoverables on paid claims in the accompanying
statements of admitted assets, liabilities, and members' fund balance.

Note 10.    Georgia Department of Insurance Examination

In November 2012, the Georgia Insurance Department began a routine examination of
the Fund's statutory books and records through June 30, 2012.  A report has not been
issued as of October 4, 2013.  Management believes any issues or matters raised will not
materially affect the financial position of the Fund.

Note 11.    Commitments and Contingencies

The Fund, in the normal course of business, is party to various lawsuits which
management believes will not materially affect the financial position of the Fund.

The Fund is not subject to guaranty funds assessments by the state of Georgia.



# INDEPENDENT AUDITORS' REPORT
## ON SUPPLEMENTARY DATA

To the Board of Trustees
Association County Commissioners of Georgia
   Interlocal Risk Management Agency

We have audited the basic statutory financial statements of Association County Commissioners of Georgia Interlocal Risk Management Agency (ACCG-IRMA) as of and for the years ened June 30, 2013 and 2012, and our report thereon dated October 4, 2013, which expressed an unmodified opinion on those basic statutory financial statements, appears on page 1. Our audits were conducted for the purpose of forming an opinion on the basic statutory financial statements as a whole. The supplemental data on pages 20 through 22 is presented for purposes of additional analysis and is not a required part of the basic statutory financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the basic statutory financial statements. The information has been subjected to the auditing procedures applied in the audit of the basic statutory financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the basic statutory financial statements or to the statutory financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the basic statutory financial statements as a whole.

This report is intended solely for the information and use of ACCG-IRMA and the Georgia Department of Insurance and is not intended to be used by anyone other than those specified parties.

*Holbrook Hicks & Associates, LLC*

Atlanta, Georgia
October 4, 2013

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

STATUTORY OPERATING EXPENSES – TRUSTEES' FUND
As of June 30, 2013

|  | Policy Year | | |
|---|---|---|---|
|  | 2013 | 2012 | 2011 |
| Insurance department expense | $    253,655 | $    232,945 | $    302,884 |
| Association overhead expense | 519,699 | 447,352 | 454,174 |
| Claims management service expense | 1,377,704 | 1,403,679 | 1,518,157 |
| Broker service expense | 825,746 | 810,220 | 796,225 |
| Association administrative/sponsorship expense | 416,491 | 405,110 | 398,837 |
| Consultants' expense | 52,212 | 61,904 | 50,132 |
| Reinsurance expense | 4,493,214 | 3,680,043 | 3,335,570 |
| Directors and officers insurance expense | 22,500 | 25,612 | 21,450 |
| State insurance examination fees | 34,404 | -0- | -0- |
| Loss control expense | 452,845 | 394,955 | 452,356 |
| Appraisal expense | 89,210 | 127,498 | 77,230 |
| Actuarial expense | 36,881 | 16,675 | 16,735 |
| Independent auditors expense | 29,805 | 24,620 | 27,290 |
| Legal expense | 7,232 | 16,977 | 4,554 |
| Other expenses | 66,559 | 34,130 | 25,930 |
|  | $ 8,678,157 | $ 7,681,720 | $ 7,481,524 |

See Independent Auditors' Report on Supplementary Data.
The Notes to Statutory Financial Statements are an integral part of these statements.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY
CLAIMS PAID
As of June 30, 2013

| Policy Year | Total Claims | Occurrence Deductible | Specific Recoveries | Specific Recovery Due | Aggregate Recoveries | Aggregate Recovery Due | Non Specific Recoveries | Net Claims Paid |
|---|---|---|---|---|---|---|---|---|
| 2013 | $ 5,711,389 | $ 1,473,991 | $ 31,778 | $ 31,778 | $ -0- | $ -0- | $ 332,133 | $ 3,873,487 |
| 2012 | 9,105,176 | 1,970,427 | 542,196 | 76,645 | -0- | -0- | 592,592 | 5,999,961 |
| 2011 | 12,648,167 | 2,919,830 | 1,185,327 | 285,128 | -0- | -0- | 498,919 | 8,044,091 |
| 2010 | 22,367,965 | 4,322,802 | 5,237,376 | 138,185 | -0- | -0- | 459,130 | 12,348,657 |
| 2009 | 14,098,629 | 2,950,876 | 188,253 | -0- | -0- | -0- | 685,013 | 10,274,487 |
| 2008 | 11,930,858 | 2,255,021 | 1,717,495 | -0- | -0- | -0- | 433,190 | 7,525,152 |
| 2007 | 15,162,062 | 2,594,902 | 2,898,285 | 17,916 | -0- | -0- | 474,121 | 9,194,754 |
| 2006 | 13,312,329 | 2,894,658 | 582,213 | -0- | -0- | -0- | 522,797 | 9,312,661 |
| 2005 | 13,172,251 | 2,459,787 | 50,975 | -0- | -0- | -0- | 418,753 | 10,242,736 |
| 2004 | 10,736,924 | 2,485,366 | 131,969 | -0- | -0- | -0- | 282,559 | 7,837,030 |
| 2003 | 13,604,345 | 2,756,479 | 1,347,950 | 3 | -0- | -0- | 387,900 | 9,112,016 |
| 2002 | 8,190,047 | 1,925,596 | 123,592 | -0- | -0- | -0- | 184,211 | 5,956,648 |
| 2001 | 10,059,571 | 2,421,771 | 2,328,218 | -0- | -0- | -0- | 67,857 | 5,241,725 |
| 2000 | 7,717,088 | 1,655,104 | 895,501 | -0- | -0- | -0- | 169,083 | 4,997,400 |
| 1999 | 9,830,592 | 1,213,850 | 2,888,014 | -0- | 668,400 | 200) | 76,734 | 4,983,594 |
| 1998 | 5,672,909 | 1,046,414 | 707,192 | -0- | -0- | -0- | 90,758 | 3,828,545 |
| 1997 | 6,269,119 | 860,995 | 971,454 | 1,200) | 296,611 | 2,961) | 164,221 | 3,975,838 |
| 1996 | 5,039,378 | 1,053,101 | 184,207 | -0- | -0- | -0- | 77,927 | 3,724,143 |
| 1995 | 5,845,631 | 925,387 | 1,472,835 | -0- | -0- | -0- | 52,010 | 3,395,399 |
| 1994 | 3,711,102 | 507,103 | 655,199 | -0- | -0- | -0- | 20,594 | 2,528,206 |
| 1993 | 6,613,568 | 423,346 | 3,653,582 | -0- | 570,539 | -0- | 46,885 | 1,919,216 |
| 1992 | 2,271,299 | 455,123 | 530,741 | -0- | -0- | -0- | 17,196 | 1,268,239 |
| 1991 | 2,810,250 | 200,499 | 1,332,170 | -0- | 213,930 | 2,143) | 14,057 | 1,049,594 |
| 1990 | 1,173,079 | 88,003 | 476,263 | -0- | 12,443 | -0- | 12,800 | 583,570 |
| 1989 | 944,079 | 77,112 | 324,948 | -0- | -0- | -0- | 2,077 | 539,942 |
| 1988 | 733,084 | 86,542 | -0- | -0- | 198,113 | -0- | 6,077 | 442,352 |
| | $218,730,891 | $ 42,024,085 | $ 30,457,733 | $ 512,617 | $ 1,960,036 | ($ 5,304) | $ 6,089,594 | $138,199,443 |

- 21 -

See Independent Auditors' Report on Supplementary Data and Notes to Statutory Financial Statements.

ASSOCIATION COUNTY COMMISSIONERS OF GEORGIA
INTERLOCAL RISK MANAGEMENT AGENCY

OPEN CLAIM RESERVES
As of June 30, 2013

| Policy Year | Number of Open Claims | Gross Open Claim Reserves | Reserves Within Deductible | Specific Recoverable | Aggregate Recoverable | Net Open Claim Reserves |
|---|---|---|---|---|---|---|
| 2013 | 494 | $ 6,811,205 | $ 1,758,082 | $ 965,678 | $ -0- | $ 4,087,445 |
| 2012 | 194 | 6,949,620 | 1,169,600 | 320,830 | -0- | 5,459,190 |
| 2011 | 146 | 4,997,603 | 859,613 | 170,803 | -0- | 3,967,187 |
| 2010 | 88 | 6,285,254 | 515,332 | 2,180,874 | -0- | 3,589,048 |
| 2009 | 47 | 1,730,826 | 91,351 | -0- | -0- | 1,639,475 |
| 2008 | 19 | 1,138,588 | 47,012 | -0- | -0- | 1,091,576 |
| 2007 | 18 | 1,100,744 | 47,799 | 337,825 | -0- | 715,120 |
| 2006 | 4 | 204,753 | 6,692 | -0- | -0- | 198,061 |
| 2005 | 5 | 34,420 | -0- | -0- | -0- | 34,420 |
| 2004 | 2 | 30,909 | 7,771 | -0- | -0- | 23,138 |
| 2003 | -0- | -0- | -0- | -0- | -0- | -0- |
| 2002 | 1 | -0- | -0- | -0- | -0- | -0- |
| 2001 | -0- | -0- | -0- | -0- | -0- | -0- |
| 2000 | 1 | 100 | -0- | -0- | -0- | 100 |
| 1999 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1998 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1997 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1996 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1995 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1994 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1993 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1992 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1991 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1990 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1989 | -0- | -0- | -0- | -0- | -0- | -0- |
| 1988 | -0- | -0- | -0- | -0- | -0- | -0- |
| | 1,019 | $29,284,022 | $ 4,503,252 | $ 3,976,010 | $ -0- | $20,804,760 |

See Independent Auditors' Report on Supplementary Data.
The Notes to Statutory Financial Statements are an integral part of these statements.