IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ABIGAIL MARILYN AYERS, | ) |
| | ) CIVIL ACTION FILE |
| Plaintiff, | ) |
| | ) NO. 2:10-CV-0032-RWS |
| BILLY SHANE HARRISON, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF BILLY SHANE HARRISON**

STATE OF GEORGIA

COMES NOW BILLY SHANE HARRISON, who declares and affirms that the following statements are true and correct:

1.

My name is BILLY SHANE HARRISON.  I am more than eighteen (18) years of age and legally competent to give this Declaration.  Unless otherwise stated, the statements contained in this Declaration are based upon my personal knowledge.

2.

I am the sole income earner in my household, in part because my wife has ongoing health problems.  My household includes two adults and three children.  My wife requires ongoing medical care and will require surgery in the near future.  My children require dental work that is expected to exceed $4,000 in the

near future.

3.

Current debts for which I am personally responsible, not including any judgment debt, total approximately $134,968. Over $93,000 of that is mortgage debt against my home, which is jointly owned with my wife. The assessed value of the home, which does not seem to reflect the drop in home values that occurred in recent years, is $139,400.

4.

Aside from my home, my assets consist of personal property. I have less than $600 cash, including funds in a joint bank account. Aside from business vehicles (described below), I own two vehicles, each with a lien. Estimated market value for a truck is less than $3,000 and the lien exceeds its value. Estimated market value for the other vehicle is $6,500, and the lien against it is approximately $3,674.

5.

My current monthly household take-home income is approximately $4,043, often less. My normal monthly household expenses, including utilities, food, clothing, required insurance, and mandatory debt payments, total at least $4,004.

6.

I started a small business in August 2013. The business has never made a

profit, and it does not provide income to me. Business expenses have exceeded business income since the business was begun, and the business debts exceed the value of business assets. The primary business assets are two trucks, with combined debt against them totaling $21,193. One of the trucks is inoperable and there are no funds to repair it. The other truck needs repairs, and there are no funds to repair it. The business is a net financial liability.

7.

Based on the foregoing financial information, my current liabilities, not including any judgment debt, exceed my assets.

8.

I do not have sufficient assets to post a bond regarding a judgment from the *Ayers v. Harrison* case, and execution of a judgment exceeding insurance coverage would cause me irreparable harm by making me unable to provide for my family. A judgment in any significant amount over insurance coverage would make me insolvent.

### DECLARATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2014, in the State of Georgia, United States of America.

_____
BILLY SHANE HARRISON