Ayers 14831
RWH



# Frank W. Andrews

### Sheriff, Rabun County

25 Courthouse Square • Suite 301
Clayton, Georgia 30525
706-782-3612 • Fax: 706-782-7754

December 29, 2009

*Sent via facsimile 404-688-0649*

Richard W. Hendrix, Esq.
Finch McCranie, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303

RE:    Open Records Request
       Mountain Narcotics Criminal Investigation and Suppression Team

Dear Mr. Hendrix:

We are in receipt of your letter dated December 22, 2009, Open Records requesting joint task force documents, funding documentation, correspondence, procedures manual, memoranda, and liability insurance policies. The cost to produce the above records is: 605 pages at .25 per page = $151.25 plus clerical retrieval time of approximately 3.5 hours x $11.33 per hour = $39.65. The total cost for production of the records is **$190.90** ($151.25 + $39.65).

In accordance with the Open Records Act fee notification, please confirm your agreement to the above charges, plus appropriate mailing cost.

Sincerely,

Capt. Jeff Harris

JH:dc



# Town of Tallulah Falls
### P.O. Box 56
### Tallulah Falls, Georgia 30573
### Phone (706) 754-6040  Fax (706) 754-3779

December 30, 2009

Mr. Richard W. Hendrix
Finch McCranie, LLP
Attorneys at Law
225 Peachtree Street, N. E.
1700 South Tower
Atlanta, GA 30303

RE:    Open Records Act Request

Dear Mr. Hendrix:

Enjoyed talking with you yesterday.

Enclosed herewith please find a copy of the Town's insurance policy.  The costs involved for providing this information is as follows:

|                        |         |
| ---------------------- | ------- |
| 110 copies @ $.25      | $27.50  |
| Postage                | 10.60   |
| My time                | 13.87   |

Please forward your check in the amount of $51.97 at your earliest possible convenience.

No snow, yet, darn it!!

If you have any questions or require additional information, please give me a call (706) 754-6040.

Sincerely,

Marcia

Marcia S. McKean
Town Administrator/Clerk



14831·KWH

31 December 2009


Finch McCranie, LLP
Richard W. Hendrix
225 Peachtree Street NE
1700 South Tower
Atlanta, GA 30303

Re:     Open Records Act Request 22 December 2009
        Received 28 December 2009
        Reply sent via regular mail

Dear Mr. Hendrix,

As per your request, please find a copy of the City of Sky Valley's liability insurance policy and certificate of liability.  Please let me know if you need any additional information.

Open Records Requests should be made to the City Clerk of the City of Sky Valley, 3444 Highway 246, Sky Valley, GA 30537.

There is no charge for retrieval time as it did not exceed 15 minutes.

| | | |
|---|---|---|
| Copies:11 - $.25 per page | $2.75 |
| Postage: | $1.22 |
| Balance: | $3.97 |


Sincerely,

Mandi L Cantrell
City Clerk

PAID
JAN 07 2010
BY:

Form #2010

**STEPHENS COUNTY HOSPITAL**
163 HOSPITAL DRIVE
TOCCOA, GEORGIA 30577-9912

INVOICE # *00028256*

DATE: *1-1-10*

TO: *Finch McCranie, LLP*

RE: *Jonathan P. Ayers*

MEDICAL RECORDS SEARCH:                                 *24.86*
$24.86
CERTIFICATION:                                          *9.32*
$9.32
Number of Copies: *123*                        *20 @ 18.60*
1-20   @ $.93 per copy                          *80 @ 64.00*
21-100 @ $.80 per copy                          *23 @ 14.49*
>101   @ $.63 per copy

                                        TOTAL: ~~*121.95*~~
                                                *131.27*

**REMIT TO ABOVE ADDRESS, MEDICAL RECORDS DEPARTMENT**

Federal ID#58-6001667

Revised 09/01/88
Revised 03/27/90
Revised 04/26/01
Revised 08/28/03
Revised 07/10/07

PAID
JAN 07 2010
BY:

*Stephanie Merritt*
HOSPITAL REPRESENTATIVE

*1-1-10*
DATE

4980115

# TrackNews

**Invoice #** 27522

PO Box 313 Loganville GA 30052
(800)949-6397 TIN#58-2415382

| Date | 1/6/2010 |
|---|---|

| Bill To | Ship To |
|---|---|
| Finch McCranie Attorneys<br>1700 South Tower<br>Peachtree Center South<br>225 Peachtree St NE<br>Atlanta, GA 30303 | ssmith@finchmccranie.com<br>404-658-9070 |

| P.O. No. | Terms | EMP | Ship Date | Ship Via | Ref# | Acct Rep |
|---|---|---|---|---|---|---|
| Samantha Smith | pre-paid | CAC | 1/6/2010 | FedEx-3rd ... | | Samantha Smith |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| | RE: Police Shooting of Jonathan Ayers | | |
| 14 | Local Research & Compilation (each item: 0-15 minutes in length)<br>9-2-09 (6)<br>9-3-09 (7)<br>9-4-09 (1) | 50.00 | 700.00 |
| 1 | Shipping and Handling-Federal Express 3rd Business Day | 15.00 | 15.00 |

*Pd*

**PLEASE NOTE OUR NEW ADDRESS**

| Total | $715.00 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$715.00** |

*Joining You on Life's Journey...*

# Invoice



| Date | Invoice # |
|------|-----------|
| 1/6/2010 | 3618 |

**Bill To**
Finch McCranie, LLP
225 Peachtree St.
Suite 1700
Atlanta, Ga. 30303

**Ship To**
Finch McCranie, LLP
225 Peachtree St.
Suite 1700
Atlanta, Ga. 30303

| Client-Matter # | Terms | Due Date | Rep | Customer Name |
|------|------|------|------|------|
| Ayers Case #1983 | Net 30 | 2/5/2010 | WM | Sara Pertschy |

| Quantity | Description | Price Each | Amount |
|------|------|------|------|
| 2,376 | Light Litigation Blowbacks / Prints from CD | 0.08 | 190.08 |
| 844 | Blowbacks of Color Copies 8 1/2 x 11 | 0.75 | 633.00 |

Thank you for your business!

Sign Here:

| | |
|------|------|
| Total | $823.08 |
| Credits/Discounts | $0.00 |
| Balance Due | $823.08 |

**Remit Payment To:**
**Choice Document Solutions, Inc**
**P.O. Box 78006**
**Atlanta, GA. 30357**
**404-210-9993**

# CHECK REQUEST

Payable To: __Professor Karen Blum__

Amount: __$1,500.00__

Reference: __Retainer Fee__

File Name/Number: __Ayers/14831__

Requested by: RWH/dcm

Date Requested: __1/7/09__

Comments: Need to send out today.
Thank you

"D"





## SANDERS, SMITH & RANCK, P.C.

*ATTORNEYS AT LAW*
*P.O. BOX 1005*
*TOCCOA, GEORGIA  30577*

**JANNEY E. SANDERS**
**RUSSELL W. SMITH**
**BRIAN C. RANCK**

*LAW OFFICES*
*597 BIG A ROAD*
*706-886-7533*
*FAX: 706-886-0617*
*REAL ESTATE: 706-282-0766*
*E-MAIL: branck@sanderssmithpc.com*
*www.sanderssmith.com*

**January 20, 2010**

Richard W. Hendrix, Esq.
Finch McCranie, LLP
225 Peachtree Street NE
1700 South Tower
Atlanta, GA 30303

Re:     Open Records Request dated December 22, 2009 to the Stephens County Sheriff's Department

Dear Mr. Hendrix:

Per our conversation enclosed please find the two insurance policies requested in your December 22, 2009 open records request to the Stephens County Sheriff's Department.  Please allow this letter to serve as the county's invoice in the amount of $33.25 for the copy charges.  Payment should be made to Beth Rider, Clerk, P.O. Box 386, Toccoa, Georgia 30577.

If you have any questions or concerns regarding the enclosed documentation please contact me at your convenience.  With best wishes, I remain

Sincerely,

Brian C. Ranck

BCR/sam
Enclosures
CC:     Beth Rider, Clerk Stephens County Board of Commissioners



PAID
JAN 2 5 2010
BY: 7456

S:\Brian Ranck\Stephens County\Open Record Requests\Letter to Richard Hendrix 1-18-10.doc

DEB PUCKETT & ASSOCIATES
636 OLD IVY ROAD
ATLANTA, GA 30342
404-365-9015
404-239-9872
TAX I.D. No. 51-0458207

RICHARD W. HENDRIX, ESQ.
FINCH, McCRANIE, ET AL.
225 PEACHTREE STREET
1700 SOUTH TOWER
ATLANTA, GEORGIA  30303

January 26, 2010

Invoice# 00012372

Balance:     $836.00

Caption: GEORGIA BUREAU OF INVESTIGATION - IN RE:
         08-0035-34-10
Scheduled: 09/01/09    Billed: 01/26/10
Reporter: DEB PUCKETT

I n v o i c i n g    I n f o r m a t i o n

Charge Description

ORIGINAL AND ONE COPY OF THE TRANSCRIPTS OF TWO
RECORDED INTERVIEWS (VIA CD)

E-TRANSCRIPTS SENT 1/26/10

1.50% per month on unpaid balance

If Paid by 2-26-10
Pay Only $760.00

P l e a s e    R e m i t   - - - >   Total Due:    $836.00

PLEASE NOTE our new Tax I.D. No. 51-0458207
Your business is greatly appreciated!

14831 | RWn



SUFFOLK
UNIVERSITY
LAW SCHOOL

Karen M. Blum
*Professor of Law*
*tel* 617.573.8216 *fax* 617.305.3089  karen.blum@suffolk.edu

Richard Hendrix
Finch McCranie LLP
225 Peachtree Street
Suite 1700 South Tower
Atlanta, GA 30303

January 26, 2010

Re: Consulting on Ayers Case

| | | |
|---|---|---|
| 1/9/10 | 2 hrs | reading complaint and other documents sent; doing initial research into cases |
| 1/10/10 | 2 hrs. | compiling cases on inter-agency task forces; cases on suing sheriffs in Georgia; reading Jackson v. Sauls |
| 1/14/10 | 1 hr. | reading first amended complaint; reading Harrison's statement; watching video |
| 1/15/10 | 1 hr. | phone conference with Attorney Hendrix |
| 1/22/10 | 1 ½ hrs. | reviewing Second Amended Complaint; phone conference |

| | |
|---|---|
| Time | 7 ½ hrs. |
| Rate | $300.00/hr |
| Fee | $2250.00 |
| Retainer | $1500.00 |
| Amt. Due | $750.00 |

Thank you,

*Karen M Blum*
Karen M. Blum

# DILLARD POLICE DEPARTMENT
892 Franklin Street
Dillard, Georgia 30537
### Shane Watts  Chief
Fax: 706.746.5430   Telephone: 706.746.5891

January 29, 2010

Mr. Richard W. Hendrix
225 Peachtree Street N.E.
1700 South Tower
Atlanta, GA  30303

Mr. Hendrix,

A few weeks the Dillard Police Department received a request for
insurance information under the Georgia Open Records Act.  I placed a
call to your office and spoke to you directly regarding the cost of the
information.  The amount of $32.50 was agreed upon.
We would request the check be made payable to Dillard Police
Department.
If you require further information or a more formal invoice please
contact us at the above numbers.
Thank you for your time in this matter.

Regards,

Dawn Ledford
Police Clerk

# JVI & Associates, Inc.

PRIVATE INVESTIGATORS

# INVOICE

3605 Sandy Plains Road
Suite 240-119
Marietta, GA 30066
Office: 770.926.7018
Cell: 678.773.4739
Fax: 770.591.9839
Tax ID # 33- 1007946

Date:    Feb. 1, 2010

**Bill to:**

Finch McCranie, LLP
225 Peachtree Street
1700 South Tower
Atlanta, GA 30303

Attention: Richard Hendrix

| Invoice Number | Project |
|---|---|
| 10-10164-01 | Jonathan Ayers |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/5/2010 | Meet with Richard Hendrix | 3.00 | $ 75.00 | $ 225.00 |
| | Expenses: Parking | | | $ 10.00 |
| | 53 Round Trip miles @ .50= | | | $ 26.50 |
| 1/11/2010 | Review records | 1.00 | $ 75.00 | $ 75.00 |
| 1/12/2010 | Review records, on line searches- conduct background | | | |
| | investigation | 2.50 | $ 75.00 | $ 187.50 |
| 1/14/2010 | Research experts-video tapes and shooting | | | |
| | Telcon with Joe Tucker, Richard Hendrix | | | |
| | Review records | 2.00 | $ 75.00 | $ 150.00 |
| 1/15/2010 | Conduct criminal checks | | | |
| | Contact POST, review POST web site | | | |
| | draft request to POST, fax request to POST | 2.50 | $ 75.00 | $ 187.50 |
| | Expenses: fee to conduct criminal checks | | | $ 30.00 |
| 1/20/2010 | Contact Stephens County Sheriff's Office | | | |
| | Draft and fax request to Stephens County S O | | | |
| | Contact Commerce Police Department | 3.00 | $ 75.00 | $ 225.00 |
| 1/22/2010 | Travel to Toccoa, GA interview Lt. Wilson, SCSO, | | | |
| | Conduct background investigation- review records | | | |
| | Stephens County Court House- contact Toccoa Record | 10.05 | $ 75.00 | $ 787.50 |
| | Expenses: copy fee SCSO | | | $ 11.50 |
| 1/25/2010 | Telcon with Richard Hendrix, contact POST | | | |
| | Travel to POST- pick up records | | | |
| | Prepare report | 5.00 | $ 75.00 | $ 375.00 |
| | Expenses:Copy fee | | | $ 10.00 |
| | Mileage- 53 miles @ .50= | | | $ 26.50 |

| Invoice Number | Project |
|---|---|
| 10-10164-01 | Jonathan Ayers |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Balance | | | $ 2,327.00 |
| 1/26/2010 | Review documents-contact- Banks County SO, Gainesville PD Commerce PD, Habershan SO. NE Georgia Police Academy | 5.00 | $ 75.00 | $ 375.00 |
| 1/27/2010 | Contact source- contact DynCorp- contact Banks County SO, Habersham County SO | 4.00 | | $ 300.00 |
| | | | Total | $3,002.00 |

## C. Joe Tucker & Associates

5068 Bridgeport Way
Norcross, Georgia 30092
Telephone/Fax: 770-449-8152

**Invoice No.**     280

| Name | Finch McCranie, LLP   attn: Richard Hendrix | DATE 2-1-10 |
| Address | 225 Peachtree Street, NE  1700 South Tower | |
| | Atlanta, Georgia 30303 | |
| Telephone | 404-658-9070 | |

| QTY | DESCRIPTION | TOTAL |
|---|---|---|
| | Invoice for services rendered in Jonathan Ayers investigation: | |
| 3.4 hours 47miles | 12-22-09--drove to Finch, McCranie, discussed case with Richard Hendrix; | $255.00 25.85 |
| | Parking expense-- | 9.00 |
| 0.67 hour | 1-2-10--reviewed documents submitted by Hendrix; | 50.25 |
| 0.5 hour | 1-4-10--reviewed documents; | 37.50 |
| 1.75 hours | 1-6-10--called WSB radio, WNEG radio, WNEG TV, spoke to Jeff Dantre, news editor, reviewed websites, spoke to Hendrix; | 131.25 |
| 2.0 hours | 1-8-10--reviewed GBI report, documents submitted by Hendrix; | 150.00 |
| 8.75 hours 198 miles | 1-11-10--reviewed file, spoke to Mrs. Hulsey, John Smith, Stan Richey re witnesses; drove to Banks County, interviewed Deidra Moore, Leonard Burris; drove to Toccoa, interviewed Matthew Kervin; drove to Gainesville, spoke to Abby Ayers, obtained computers; | 656.25 108.90 |
| 7.25 hours 167 miles | 1-12-10--wrote Kervin interview report, delivered computers to Jim Persinger, drove to Toccoa for interviews; | 543.75 91.85 |
| 1.16 hours 40 miles | 1-13-10--picked up computers from Persinger; | 87.00 22.00 |
| 2.25 hours 45 miles | 1-14-10--drove to WSB radio, spoke to Candace Pressley, Pete Combs; | 168.75 24.75 |
| 1.0 hour | 1-18-10--wrote interview reports; | 75.00 |
| 5.58 hours 93 miles | 1-19-10--called medical witnesses, left messages; faxed request to Stephens EMS; called Alisha Granger, interviewed Mike Harris, Phyllis Brown, Michelle Brouwer, wrote Brouwer report; drove to Gainesville, returned computers, spoke to Kenneth Hulsey; | 418.50 51.15 |
| 6.5 hours 162 miles | 1-20-10--drove to Toccoa, interviewed EMS personnel, Toccoa Fire personnel, Eddie Parks, wrote Parks report, interviewed Jennifer Nicholson; | 487.50 89.10 |
| 0.58 hour | 1-21-10--wrote Nicholson interview report; | 43.50 |

| | | |
|---|---|---:|
| 2.17 hours | 1-22-10--interviewed Matt Umbehant, wrote interview reports; | 162.75 |
| 3.4 hours | 1-23-10--drove to Carnesville, Ga., interviewed Alisa Granger; | 255.00 |
| 131 miles | | 72.05 |
| 1.66 hours | 1-25-10--wrote Umbehant, Granger reports, reviewed file for witnesses, called Hendrix, interviewed Rodney Jones; | 124.50 |
| 0.5 hour | 1-26-10--wrote Jones report, called Chip Angell, called David Wagener; | 37.50 |
| 0.67 hour | 1-27-10--wrote Brown, Harris reports, talked to Hendrix; | 50.25 |
| 2.33 hours | 1-28-10--Interviewed Sherry Garmon, Chris Stevens, attempted to contact 911 callers, wrote Garmon report; | 174.75 |
| 4.0 hours | 1-29-10--drove to Finch McCranie, discussed case, listened to 911 audio, called, interviewed Steve Granger; | 300.00 |
| 46 miles | | 25.30 |
| | Parking expense-- | 9.00 |
| | Billing computed @$75 pr hour, $0.55 per mile. | |
| | Thank you for  your business. | |

**TOTAL** | $4,737.95

# FedEx® US Airbill

FedEx Tracking Number: 8698 2602 9900

TRU8492

0215

**Sender's Copy**

## 1 From
Date 8/3/10

Sender's FedEx Account Number

Sender's Name: Doug Lancing

Company: FINCH MCCRANIE LLP

Address: 225 PEACHTREE ST NE STE 1700S

City: ATLANTA    State: GA    ZIP: 30303

Phone (404) 658-9070

## 2 Your Internal Billing Reference
14831

## 3 To
Recipient's Name: Doug Lancing

Company: BEK TEK LLC

Address: 1211 Sangsters Ct.

City: Clifton    State: VA    ZIP: 20124-1949

Phone 703-631-2079

0408291329

## 4a Express Package Service
*To most locations*
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [X] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5 Packaging
- [X] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options
- [X] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

## 7 Payment Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight    Total Declared Value

553

# MetroLegalVideo

404.580.1081

3196 Francine Drive
Decatur, GA 30033

Samantha Smith
Finch McCranie, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303

2/3/10

## Invoice# 1773

| Description | Time/Qty | Rate | Total |
|---|---|---|---|
| Audio/Transcript Sync | 1.5 Hours | $70.00/hr | $105.00 |
| Sync Discs | 2 Discs | $10.00/disc | $20.00 |
| Audio/Transcript Sync of recorded interview of Deputy Commander Chance Oxner and Officer Billy Shane Harrison Date: September 1, 2009 | | | |
| | | | Total $125.00 |

**\*Payment to be made net 30 days\***
**Check Payable to:**
**Metro Legal Video, LLC**
**3196 Francine Drive**
**Decatur, GA 30033**
**Tax ID#86-1176703**

# CHECK REQUEST

Payable To: _____City of Demorest_____

Amount: _____$16.75_____

Reference: _____Copying cost_____

File Name/Number: ____Ayers/14831_____

Requested by:         RWH/dcm

Date Requested: _____2/22/10_____

Comments:         Please give to me and I will mail

                  Thank you

                  Dolores





# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2010 | 3733 |

| Bill To |
|---------|
| Finch McCranie, LLP |
| 225 Peachtree St. |
| Suite 1700 |
| Atlanta, Ga. 30303 |

| Ship To |
|---------|
| Finch McCranie, LLP |
| 225 Peachtree St. |
| Suite 1700 |
| Atlanta, Ga. 30303 |

| Client Matter # | Terms | Due Date | Rep | Customer Name |
|-----------------|-------|----------|-----|---------------|
| 14831 | Net 30 | 3/24/2010 | WM | Samantha Smith |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 8 | Duplication of Master DVD | 25.00 | 200.00 |

PAID
MAR 09 2010
BY: _____

| Thank you for your business! | Sign Here: | | Total | $200.00 |
|---|---|---|---|---|

Remit Payment To:
**Choice Document Solutions, Inc**
**P.O. Box 78006**
**Atlanta, GA. 30357**
**404-210-9993**
**FEIN: 86-1145357**

| Credits/Discounts | $0.00 |
|---|---|
| **Balance Due** | $200.00 |



*AYELS / RWH*

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/23/2010 | 3734 |

| Bill To | Ship To |
|---------|---------|
| Finch McCranie, LLP<br>225 Peachtree St.<br>Suite 1700<br>Atlanta, Ga. 30303 | Finch McCranie, LLP<br>225 Peachtree St.<br>Suite 1700<br>Atlanta, Ga. 30303 |

| Client Matter # | Terms | Due Date | Rep | Customer Name |
|-----------------|-------|----------|-----|---------------|
| 14831 | Net 30 | 3/25/2010 | WM | Samantha Smith |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 171 | Blowbacks of Color Copies 8 1/2 x 11 | 0.85 | 145.35 |

PAID
PAID MAR 09 2010 PAID
BY:_____

Thank you for your business!

Sign Here:

Remit Payment To:
Choice Document Solutions, Inc
P.O. Box 78006
Atlanta, GA. 30357
404-210-9993
FEIN: 86-1145357

| | |
|---|---|
| Total | $145.35 |
| Credits/Discounts | $0.00 |
| **Balance Due** | $145.35 |



# GEORGIA BUREAU OF INVESTIGATION

3121 Panthersville Road
P.O. Box 370808
Decatur, Georgia 30037-0808



February 23, 2010

Mr. Richard Hendrix
Finch McCranie, LLP
1700 South Tower
225 Peachtree Street, NE
Atlanta, GA 30303

Reference: Jonathan Ayers

Dear Mr. Hendrix,

This letter will acknowledge your request for official GBI documents on Jonathan Ayers (DOFS Case Number: 2009-1016874). The requested records are available.

The charges are as follows:

| 10 ORA Record # 1045S | Quantity | Cost |
|---|---|---|
| SEARCH, RETRIEVAL, AND REVIEW @ $32.63/hr | .5 | 8.16 |
| PHOTOCOPYING RECORDS @ $16.69/hr | | 0.00 |
| PAGE(S) @ .25 PER PAGE | | 0.00 |
| PHOTOGRAPHS @ $3.00 PER PRINT | | 0.00 |
| OTHER - 1 CD @ $1.00 each | | 1.00 |
| MAILING COSTS (Estimated) | | .47 |
| TOTAL COST | | $ 9.63 |

Payment must be received prior to our mailing the records requested. GBI's FIN is 58-1195856. Please make CHECKS OR MONEY ORDERS payable to "GEORGIA BUREAU OF INVESTIGATION", attach to a copy of this invoice, and mail to:

**RECORDS CUSTODIAN, LEGAL SERVICES**
**GEORGIA BUREAU OF INVESTIGATION**
**3121 PANTHERSVILLE ROAD**
**DECATUR, GA. 30034**

```
                                    0 ·    *


                                    0 ·    *

                           15·00    +
                           15·00    +
                           60·00    +
                           60·00    +
                          290·42    +
                           60·00    +
                           95·00    +
                           60·00    +
                           60·00    +
                           60·00    +
                           60·00    +
                           60·00    +
                           60·00    +
                           60·00    +
                           60·00    +
                          262·75    +
                           60·00    +
                           15·00    +
                           60·00    +
                           45·00    +
                           15·00    +
                           60·00    +
                           60·00    +
                        1,653·17    *
```

_14831_ a

MLQ Attorney Services                                        Job No: 61035
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328                                           Date: 03/22/2010
770–984–7007
770–984–7049                                           Our Tax ID#: **58–2428431**


DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303
                      **INVOICE FOR SERVICE**

                                                    PAID
Firm ID:2282                                    P          P
Firm Name:Finch McCranie Brown Hendrix & Sullivan  A  APR 1 2010  A
Client Matter No:                                I          I
Mountain Judicial Circuit NCIS                   D          D
Date Completed: 03/17/2010                       BY: _7573_
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

Service Fee                          03/16/10 @ 11:00 am –       $0.00
                                     N/C

Service Fee                          03/17/10 @ 2:55 pm          $15.00

**TOTAL CHARGES:**                                              **$15.00**


**BALANCE:**                                                    **$15.00**


Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
     18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services                                Job No: 61026
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328                                  Date: 03/22/2010
770-984-7007
770-984-7049                                   Our Tax ID#: **58-2428431**


DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303
                    ## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
Officer Kyle Bryant
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 10:14 am – Clarkesville, GA | $15.00 |

**TOTAL CHARGES:**                                          **$15.00**


**BALANCE:**                                               **$15.00**


Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services                                    Job No: 61054
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328                                      Date: 03/22/2010
770−984−7007
770−984−7049                                  Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Tallulah Falls, c/o Carl Seamon, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 1:16 pm − Tallulah Falls, GA | $60.00 |

**TOTAL CHARGES:**                                              **$60.00**

**BALANCE:**                                                    **$60.00**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770—984—7007
770—984—7049

Job No: 61038

Date: 03/22/2010

Our Tax ID#: **58—2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Alto, c/o Audrey Turner, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 9:00 am — Alto, GA | $60.00 |

**TOTAL CHARGES:**                                                     **$60.00**

**BALANCE:**                                                               **$60.00**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61053

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Sky Valley, c/o Jim Martindale, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service of Process, 1st Attempt Zone E | 03/16/10 @ 2:36 pm | $35.00 |
| Mileage fee | to Sky Valley, GA | $255.42 |

**TOTAL CHARGES:** **$290.42**

**BALANCE:** **$290.42**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61040

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

### INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Clarkesville, c/o H. Terry Greene, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 10:33 am − Clarkesville, GA | $60.00 |

**TOTAL CHARGES:**      **$60.00**

**BALANCE:**      **$60.00**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or 18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770–984–7007
770–984–7049

Job No: 61032

Date: 03/22/2010

Our Tax ID#: **58–2428431**


DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
Stephens County Board of Commissions, c/o Harold Andrews,
Chairman
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 12:07 pm | $60.00 |
| Service Fee | 03/16/10 @ 12:23 pm – new address in Toccoa, GA | $35.00 |

**TOTAL CHARGES:** $95.00

**BALANCE:** $95.00


Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61052

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Mountain City, c/o Grace Watts, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 2:02 pm − Mountain City, GA | $60.00 |

**TOTAL CHARGES:** **$60.00**

**BALANCE:** **$60.00**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61034

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
Sheriff Joey Terrell, Sheriff of Habersham County
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 11:10 am − Clarkesville, GA | $60.00 |
| **TOTAL CHARGES:** | | **$60.00** |
| **BALANCE:** | | **$60.00** |

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61028

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
Sheriff Randy Shirley, Sheriff of Stephens County
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 11:47 pm − Toccoa, GA | $60.00 |
| **TOTAL CHARGES:** | | **$60.00** |
| **BALANCE:** | | **$60.00** |

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61044

Date: 03/22/2010

Our Tax ID#: **58−2428431**


DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Dillard, c/o Bill Robinson, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 2:17 pm − Dillard, GA | $60.00 |

**TOTAL CHARGES:**                                                    **$60.00**

**BALANCE:**                                                           **$60.00**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or 18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61043

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Demorest, c/o Malcolm Hunnicutt, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 9:52 am − Demorest, GA | $60.00 |

**TOTAL CHARGES:** **$60.00**

**BALANCE:** **$60.00**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or 18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61057

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Toccoa, c/o Rob Seib, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 11:45 am − Toccoa, GA | $60.00 |
| **TOTAL CHARGES:** | | **$60.00** |
| **BALANCE:** | | **$60.00** |

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or 18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61033

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
Rabun County Board of Commissioners
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 1:50 pm −<br>Clayton, GA | $60.00 |
| **TOTAL CHARGES:** | | **$60.00** |
| **BALANCE:** | | **$60.00** |

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770-984-7007
770-984-7049

Job No: 61051

Date: 03/22/2010

Our Tax ID#: **58-2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Mount Airy, c/o Gary Morris, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 9:32 am – Mount Airy, GA | $60.00 |
| **TOTAL CHARGES:** | | **$60.00** |
| **BALANCE:** | | **$60.00** |

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or 18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services                                    Job No: 61030
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328                                       Date: 03/22/2010
770—984—7007
770—984—7049                                     Our Tax ID#: **58—2428431**


DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
Habersham County Board of Commissioners
Date Completed: 03/17/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service of Process, 1st Attempt Zone A | 03/16/10 @ 11:00 am | $45.00 |
| Service of Process, 1st Attempt Zone E | 03/17/10 @ 2:55 pm | $35.00 |
| Mileage fee | | $182.75 |

**TOTAL CHARGES:**                                      **$262.75**


**BALANCE:**                                            **$262.75**


Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61027

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

### INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
Mountain Judicial Circuit NCIS Team
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 10:14 am − Clarkesville, GA | $60.00 |

**TOTAL CHARGES:** **$60.00**

**BALANCE:** **$60.00**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770—984—7007
770—984—7049

Job No: 61036

Date: 03/22/2010

Our Tax ID#: **58—2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

### INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
Mountain Judicial Circuit NCIS
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 1:50 pm — 2nd @ same address in Clayton, GA | $15.00 |
| **TOTAL CHARGES:** | | **$15.00** |
| **BALANCE:** | | **$15.00** |

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61042

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Cornelia, c/o Margaret Ballard, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| Service Fee | 03/16/10 @ 9:22 am − Cornelia, GA | $60.00 |

**TOTAL CHARGES:**                                                    **$60.00**

**BALANCE:**                                                          **$60.00**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or 18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770–984–7007
770–984–7049

Job No: 61024

Date: 03/22/2010

Our Tax ID#: **58–2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
Officer Billy Shane Harrison
Date Completed: 03/17/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 10:16 am – N/C | $0.00 |
| Service Fee | 03/17/10 @ 2:43 pm | $45.00 |
| **TOTAL CHARGES:** | | **$45.00** |
| **BALANCE:** | | **$45.00** |

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61025

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
Office Chance Oxner
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 03/16/10 @ 10:14 am − Clarkesville, GA | $15.00 |

**TOTAL CHARGES:** **$15.00**

**BALANCE:** **$15.00**

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770−984−7007
770−984−7049

Job No: 61041

Date: 03/22/2010

Our Tax ID#: **58−2428431**

DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303

## INVOICE FOR SERVICE

Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Clayton, c/o David Phillips, Mayor
Date Completed: 03/16/2001
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

| | | |
|---|---|---|
| Service Fee | 3/16/10 @ 1:41 pm − Clayton, GA | $60.00 |
| **TOTAL CHARGES:** | | **$60.00** |
| **BALANCE:** | | **$60.00** |

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

MLQ Attorney Services                                           Job No: 61039
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328                                          Date: 03/22/2010
770−984−7007
770−984−7049                                    Our Tax ID#: **58−2428431**


DELORES MEREDITH
Finch McCranie Brown Hendrix & Sullivan
225 Peachtree Street N.E.
1700 South Tower Peachtree Center
Atlanta, GA 30303
                    <u>**INVOICE FOR SERVICE**</u>


Firm ID:2282
Firm Name:Finch McCranie Brown Hendrix & Sullivan
Client Matter No:
City of Baldwin, c/o Mike Kelly, Mayor
Date Completed: 03/16/2010
ABIGAIL MARILYN AYERS, AS SURVIVING SPOUSE
AND ADMINISTRATRIX OF THE ESTATE OF
JONATHAN PAUL AYERS v. OFFICER BILLY SHANE
HARRISON ET AL.

Service Fee                          03/16/10 @ 9:13 am −        $60.00
                                     Baldwin, GA


**TOTAL CHARGES:**                                              **$60.00**


**BALANCE:**                                                    **$60.00**


Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or
18% per annum PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL BE SENT

*1481*

# JVI & Associates, Inc.
PRIVATE INVESTIGATORS

3605 Sandy Plains Road
Suite 240-119
Marietta, GA 30066
Office: 770.926.7018
Cell: 678.773.4739
Fax: 770.591.9839
Tax ID # 33- 1007946

# INVOICE

Date:     1-Mar-10



**Bill to:**

Finch McCraine, LLP
225 Peachtree Street
1700 South Tower
Atlanta, GA 30303

Attention: Richard Hendrix

| Invoice Number | Project |
|---|---|
| 10-10164-02 | Jonathan Ayers |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/1/2010 | Telcon with R. Hendrix | | | |
| | Contact Commerce PD | | | |
| | Contact POST | | | |
| | Review records | 1.50 | $ 75.00 | $ 112.50 |
| 2/3/2010 | Travel to POST-pick up records, conduct interviews | 3.50 | $ 75.00 | $ 262.50 |
| | Expenses: 47 miles @ .50= | | | $ 23.50 |
| 2/4/2010 | Review records | | | |
| | Prepare reports | | | |
| | Telcon with R. Hendrix | | | |
| | email report to R. Hendrix | 5.00 | $ 75.00 | $ 375.00 |
| 2/5/2010 | Review records | | | |
| | Prepare reports | 4.00 | $ 75.00 | $ 300.00 |
| 2/8/2010 | Contact POST, NE Police Academy,CJCC | 2.50 | $ 75.00 | $ 187.50 |
| 2/9/2010 | Interview B. Beach- prepare report | 1.50 | $ 75.00 | $ 112.50 |
| 2/10/2010 | Meet with R. Hendrix | 3.50 | $ 75.00 | $ 262.50 |
| | Expensses: Parking & mileage= | | | $ 30.50 |
| 2/11/2010 | Travel to Cornelia PD & Commerce PD | 5.00 | $ 75.00 | $ 375.00 |
| | Expenses: 205 miles @ .50= | | | $ 102.50 |
| 2/12/2010 | Interview Lt. J. Roberts & prepare repor | 1.50 | $ 75.00 | $ 112.50 |
| 2/13/2010 | Expenses: copy fee POST | | | $ 32.50 |
| 2/17/2010 | Interview Ted Jackson & prepare report | 1.00 | $ 75.00 | $ 75.00 |
| 2/19/2010 | Prepare letter to Gainsville PD & mail | 0.50 | $ 75.00 | $ 37.50 |
| | Expenses: copy fee Gainsville PD | | | $ 48.58 |
| | **Sub-Total** | | | **$2,450.08** |



# Invoice

| Date | Invoice # |
|------|-----------|
| 3/2/2010 | 3775 |

| Bill To | Ship To |
|---------|---------|
| Finch McCranie, LLP<br>225 Peachtree St.<br>Suite 1700<br>Atlanta, Ga. 30303 | Finch McCranie, LLP<br>225 Peachtree St.<br>Suite 1700<br>Atlanta, Ga. 30303 |

| Client Matter # | | Terms | Due Date | Rep | Customer Name |
|---|---|---|---|---|---|
| 14831 | *Ayers* | Net 30 | 4/1/2010 | WM | Samantha Smith |

| Quantity | Description | Price Each | Amount |
|----------|-------------|-----------|--------|
| 20 | Color Copies of Originals (Photo Paper) Autopsy Photos | 4.31 | 86.20 |
| 171 | Color Copies of Originals (Photo Paper) Scene Photos | 4.31 | 737.01 |

**PAID APR 1 2010 BY: ck# 1567**

Thank you for your business!

Sign Here:

Remit Payment To:
Choice Document Solutions, Inc
P.O. Box 78006
Atlanta, GA. 30357
404-210-9993
FEIN: 86-1145357

| | |
|---|---|
| **Total** | $823.21 |
| **Credits/Discounts** | $0.00 |
| **Balance Due** | $823.21 |

# BEK TEK LLC

**12115 SANGSTERS COURT**
**CLIFTON, VA 20124-1947**
**(703)631-7099; FAX (703)266-4461**
**FED ID#54-1773324; DUNS#838918423**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/2/2010 | 1776 |

### BILL TO

Richard W. Hendrix, Esq.
Finch McCranie, LLP
1700 South Tower
225 Peachtree Street, N.E.
Atlanta, GA 30303

| REFERENCE | TERMS | LAB/P.O. NO. |
|---|---|---|
| Jonathan Ayers Case | Net 30 | 1001180 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 1/19/2010 | Mark and describe specimen Qc1 (data DVD); preliminary review of contents; telephone conversation with Attorney Hendrix regarding designated camera views and content. | 0.4 | 250.00 | 100.00 |
| 1/24/2010 | For specimen Qc1: compute hash, produce digital data image file, compute hash for digital data image file, and export folders/files from digital data image file. | 0.6 | 250.00 | 150.00 |
| 2/2/2010 | Telephone conversation with Attorney Hendrix regarding video and audio recordings. | 0.2 | 250.00 | 50.00 |
| 2/11/2010 | Telephone conversations with Attorney Hendrix regarding status and confirmation of requested work; preliminary and detailed reviews of camera views 3 and 7 with regard to designated vehicles appearances and movements, noting time stamps. | 2.6 | 250.00 | 650.00 |
| 2/12/2010 | Telephone conversation with Attorney Hendrix; research exporting methods for specimen Qc1 camera views; contact technical support for Avermedia and receive instructions; export designated portions of camera views 3 and 7 on specimen Qc1 in various formats; import, review, and compare exported files in Intergraph Video Analyst. | 2.3 | 250.00 | 575.00 |
| 2/14/2010 | Mark and describe the submitted data compact disc (designated as specimen Qc2 by BEK TEK LLC); open and hash specimen Qc2, clone specimen Qc2, hash the clone, and extract the wavefile from the clone; re-sample the wavefile and prepare an audio compact disc copy; preliminary aural review of specimen Qc2; critical listening and narrow-band spectrum analyses of specimen Qc2; set up digital filters and prepare three (3) enhanced audio compact disc copies of the specimen Qc2 wavefile, repeated five (5) times. | 1.5 | 250.00 | 375.00 |

Thank you for your business.

**Total**

# BEK TEK LLC

**12115 SANGSTERS COURT**
**CLIFTON, VA 20124-1947**
**(703)631-7099; FAX (703)266-4461**
**FED ID#54-1773324; DUNS#838918423**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/2/2010 | 1776 |

### BILL TO

Richard W. Hendrix, Esq.
Finch McCranie, LLP
1700 South Tower
225 Peachtree Street, N.E.
Atlanta, GA  30303

| REFERENCE | TERMS | LAB/P.O. NO. |
|---|---|---|
| Jonathan Ayers Case | Net 30 | 1001180 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 2/15/2010 | Produced direct copies of designated portions of camera views 3 and 7 on specimen Qc1 via SnagIt software; set up and produce video DVD copies of the above; prepare FedEx documentation, write a cover letter, package copies, and deliver to the local FedEx office. | 3.1 | 250.00 | 775.00 |
| 2/20/2010 | Review and respond to an email from Attorney Hendrix regarding timestamps for particular events in the specimen Qc1 video and request for exported Bitmap image files. | 0.2 | 250.00 | 50.00 |
| 2/22/2010 | Manually export Bitmap image files from specimen Qc1 camera view 3 for timeframe "14:27:41.053" through "14:28:09.693" on "2009/09/01" (171 images in total); burn images to two separate data CDs; prepare FedEx documentation, write a cover letter, package evidence, and deliver to the local FedEx office. | 2.2 | 250.00 | 550.00 |
| 2/15/2010 | FedEx charge to forward the evidence to your office via Priority Overnight Service. | | 41.81 | 41.81 |
| 2/22/2010 | FedEx charge to forward the evidence to your office via Priority Overnight Service. | | 41.81 | 41.81 |
| | Total Reimbursable Expenses | | | 83.62 |
| 3/2/2010 | Retainer applied | | -750.00 | -750.00 |

*Ben E. Kay*  3/2/2010

| Thank you for your business. | **Total** | **$2,608.62** |
|---|---|---|

 

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/10/2010 | 3783 |

| Bill To | Ship To |
|---------|---------|
| Finch McCranie, LLP<br>225 Peachtree St.<br>Suite 1700<br>Atlanta, Ga. 30303 | Finch McCranie, LLP<br>225 Peachtree St.<br>Suite 1700<br>Atlanta, Ga. 30303 |

| Client Matter # | Terms | Due Date | Rep | Customer Name |
|-----------------|-------|----------|-----|---------------|
| 14831 | Net 30 | 4/9/2010 | WM | Samantha Smith |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 4 | Duplication of Master DVD | 30.00 | 120.00 |

PAID
PAID APR 1 2010 PAID
BY: 7567

| Thank you for your business! | Sign Here: | | |
|---|---|---|---|

| | Total | $120.00 |
|---|---|---|
| **Remit Payment To:**<br>**Choice Document Solutions, Inc**<br>**P.O. Box 78006**<br>**Atlanta, GA. 30357**<br>**404-210-9993**<br>**FEIN: 86-1145357** | Credits/Discounts | $0.00 |
| | **Balance Due** | $120.00 |

# CHECK REQUEST

Payable To:     Clerk, U. S. District Court, N.D. of Ga.,
                Gainesville Division

Amount:              $350.00

Reference:           Filing Fee

File Name/Number:    Ayers/14831

Requested by:    RWH/dcm

Date Requested:          3/11/10

Comments:    Please return to me.  I will be taking to file.

             Thank you

             Dolores





# RAGSDALE, BEALS, SEIGLER, PATTERSON & GRAY, LLP

## ATTORNEYS AT LAW

229 Peachtree Rd., Suite 2400
Atlanta, GA 30303-1629

Telephone 404/588-0500
Facsimile 866/478-0768

March 18, 2010

Richard W. Hendrix, Esq,
Finch McCranie, LLP
225 Peachtree Street, N.E.
Suite 1700
Atlanta GA 30303

PAID
PAID   APR 1 2010   PAID
BY:_____

Re: Jonathan Paul Ayers - Coverage Issues

Invoice #10573

### Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 3/2/2010 JWW | telephone conversation with Richard Hendrix new coverage matter; start review of policy; start on notes re same | 3.80 |  |
| 3/3/2010 JWW | finish first review of policy and notes on same; start review of parts of complaint and its exhibit, the Memorandum of Intergovernmental and Interagency Agreement; notes on same | 2.40 |  |
| 3/4/2010 JWW | further review of complaint and policy; start on analysis | 1.60 |  |
| 3/5/2010 JWW | start drafting of factual parts of analyses; | 1.40 |  |
| 3/8/2010 JWW | continued work on analyses and facts; e-mails to Richard Hendrix re policies and facts known to insurers; review e-mails from Richard Hendrix re same; review list of insurers received from Richard Hendrix; brief Web searches re some of the insurers; brainstorm re who is an insured issues and the triggering of each policy; notes re same | 4.80 |  |
| 3/9/2010 JWW | brainstorm re certain policy words and phrases, principally on the automobile section of the policy; research re "use of vehicle" issues | 6.50 |  |
| 3/10/2010 JWW | research re use of unmarked car cases nationwide; | 3.20 |  |
| 3/13/2010 JWW | more work on auto liability coverage issues; drafting re same | 1.70 |  |

|  |  | Hours | Amount |
|---|---|---|---|
| 3/14/2010 JWW | drafting parts of analyses; finish first draft on automobile coverage section; resolve expected or intended injury issues; work on law enforcement liability coverage section; finish draft of same | 3.70 | |
| 3/15/2010 JWW | proofing and revisions to current drafts; brainstorming re parts thereof | 2.90 | |
| 3/16/2010 JWW | review drafts; analyze logic of parts of drafts; major revisions to law enforcement coverage section | 3.40 | |
| 3/17/2010 JWW | proofing and minor revisions; conference with Richard Hendrix re opinions | 1.20 | |
| | For professional services rendered | 36.60 | $9,150.00 |

**Balance due**                                                                       **$9,150.00**

## Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| John W. Winborne | 36.60 | 250.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 3/24/2010 | 3831 |

**Bill To**
Finch McCranie, LLP
225 Peachtree St.
Suite 1700
Atlanta, Ga. 30303

**Ship To**
Finch McCranie, LLP
225 Peachtree St.
Suite 1700
Atlanta, Ga. 30303

| Client Matter # | Terms | Due Date | Rep | Customer Name |
|---|---|---|---|---|
| 14831 | Net 30 | 4/23/2010 | WM | Dolores Meredith |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 90 | Color Blowbacks | 0.85 | 76.50 |
| 2 | Duplication of Master DVD | 30.00 | 60.00 |
| 2 | Duplication of CD | 20.00 | 40.00 |

Thank you for your business!

Sign Here:

**Remit Payment To:**
Choice Document Solutions, Inc
P.O. Box 78006
Atlanta, GA. 30357
404-210-9993
FEIN: 86-1145357

| Total | $176.50 |
|---|---|
| **Credits/Discounts** | $0.00 |
| **Balance Due** | $176.50 |

14831

# C. Joe Tucker & Associates

5068 Bridgeport Way
Norcross, Georgia 30092
Telephone/Fax: 770-449-8152

**Invoice No.**          285

| Name | Finch, McCranie LLP   attn: Richard Hendrix | DATE 4-1-10 |
|------|---------------------------------------------|-------------|
| Address | 225 Peachtree Street, N.E. 1700 South Tower | |
| | Atlanta, Georgia 30303 | |
| Telephone | 404-658-9070 | |

PAID
PAID   APR 1 4 2010   PAID
BY:

| QTY | DESCRIPTION | TOTAL |
|-----|-------------|-------|
| | Invoice for services in February-March, 2010, in Jonathan Ayers case: | |
| 0.58 hours | 2-1-10--interviewed Chris Corley, Toccoa Fire Department; | $43.50 |
| 8.0 hours 193 miles | 2-3-10--traveled to Toccoa, Ga. for interviews of medical personnel, police officers, 911 callers, Eddie Parks, Mary Frances Parks; | 600.00 106.15 |
| 2.5 hours | 2-5-10--wrote interview reports; | 187.50 |
| 5.4 hours 230 miles 1.0 hour | 2-8-10--traveled to Toccoa, Ga. for witness interviews; 2-9-10--wrote interview report, revised witness list; | 405.00 126.50 75.00 |
| 1.0 hour | 2-12-10--interviewed Harold Gainous, wrote report; | 75.00 |
| 3.38 hours | 2-15-10--interviewed Levi Motes, Chris Kelly, wrote reports, wrote letter to Richard Hendrix; | 254.10 |
| 0.67 hours | 3-4-10--interviewed Alisa Granger; | 50.25 |
| 0.67 hours | 3-5-10--wrote Granger interview report; | 50.25 |
| 0.33 hours | 3-6-10--interviewed Carol Walton; | 25.00 |
| 0.5 hours | 3-7-10--wrote Walton interview report; | 37.50 |
| Parking 6.0 hours 232 miles | 3-16-10--met with Richard Hendrix at Finch, McCranie, drove to Rabun County D. A.'s office, picked up evidence; | 5.00 450.00 127.60 |

| | | |
|---|---|---|
| 1.13 hours<br>42 miles | 3-19-10--delivered Ayers' cell phone to Jim Persinger, for forensic examination; | 84.75<br>23.10 |
| | 3-23-10--faxed interview request to Dodge State Prison, for interview of Sterling Williams; | |
| 1.5 hours | 3-24-10--spoke to officials at state prison, Georgia Dept. of Corrections legal office, re interview request, spoke to Hendrix, wrote letter to Sterling Williams requesting interview; | 112.50 |
| 1.0 hour<br>40 miles | 3-27-10--drove to Jim Persinger's office, picked up Ayers' cell phone;<br><br>Thank you for your business. | 75.00<br>22.00 |

**TOTAL** $2,935.70

FINCH

# BEK TEK LLC

**12115 SANGSTERS COURT**
**CLIFTON, VA 20124-1947**
**(703)631-7099; FAX (703)266-4461**
**FED ID#54-1773324; DUNS#838918423**

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/1/2010 | 1807 |

| BILL TO |
|---------|
| Richard W. Hendrix, Esq.<br>Finch McCranie, LLP<br>1700 South Tower<br>225 Peachtree Street, N.E.<br>Atlanta, GA  30303 |

| REFERENCE | TERMS | LAB/P.O. NO. |
|-----------|-------|--------------|
| Jonathan Ayers Case | Net 30 | 1001180 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 3/4/2010 | Telephone conversation with Attorney Hendrix regarding additional requests for analysis work. | 0.1 | 250.00 | 25.00 |
| 3/8/2010 | Produced a direct copy of the designated portion of camera view 4 on specimen Qc1 via SnagIt software; set up and produce a video DVD copy of the above; manually export Bitmap image files from specimen Qc1 camera view 7 for timeframe "14:27:59.953" through "14:28:13.699" on "2009/09/01" (90 images in total); burn images to two separate data CDs; prepare FedEx documentation, write a cover letter, package evidence, and deliver to the local FedEx office. | 3.3 | 250.00 | 825.00 |
| 3/8/2010 | FedEx charge to forward the evidence to your office via Priority Overnight Service. | | 42.15 | 42.15 |

*(signature)* 4/1/2010

PAID
PAID   APR 1 4 2010   PAID
BY:_____

| Thank you for your business. | **Total** | **$892.15** |
|------------------------------|-----------|-------------|

# CHECK REQUEST

Payable To:   <u>Dustin Productions, LLC</u>

Amount:   <u>$2,000.00</u>

Reference:   <u>Retainer Fee</u>

File Name/Number:   <u>Ayers/14831</u>

Requested by:   RWH/dcm

Date Requested:   <u>4/2/10</u>

Comments:   Please return to me. I will mail out Monday, 4/5/10.

Thank you

Dolores



# JVI & Associates, Inc.

PRIVATE INVESTIGATORS

3605 Sandy Plains Road
Suite 240-119
Marietta, GA  30066
Office: 770.926.7018
Cell: 678.773.4739
Fax: 770.591.9839
Tax ID # 33- 1007946

# INVOICE

Date:      8-Apr-10



### Bill to:

Finch McCraine, LLP
225 Peachtree Street
1700 South Tower
Atlanta, GA 30303

Attention: Richard Hendrix

| Invoice Number | Project |
|---|---|
| 10-10164-03 | Jonathan Ayers |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/1/2010 | Conduct background research on Use of Deadly Force | | | |
| | Contact Forysth Training Acacdemy, FBI Quantico | | | |
| | Pick up documents from Gainesville PD | 2.00 | $ 75.00 | $ 150.00 |
| 3/10/2010 | Interview Lt. Harmon, Commerce PD | | | |
| | Prepare report- email report to Richard Hendrix | 1.00 | $ 75.00 | $ 75.00 |
| | Expenses: Copy fee POST | | | $ 2.11 |
| 3/19/2010 | Contact source, Toccoa Record | | | |
| | Conduct on line searches | 1.00 | $ 75.00 | $ 75.00 |
| 3/22/2010 | Meet with Richard Hendrix | | | |
| | Draft letter to Commerce PD | | | |
| | contact Habersham SO | 4.00 | $ 75.00 | $ 300.00 |
| | Expenses: Parking | | | $ 4.00 |
| | 53 Round Trip miles @ .50= | | | $ 26.50 |
| 3/26/2010 | Draft letter to Habersham SO & fax to Habersham SO | 0.50 | $ 75.00 | $ 37.50 |
| 3/30/2010 | Review records received from Habersham SO | | | |
| | Contact sources-telcon with R. Hendrix | | | |
| | prepare email to R Hendrix- contact POST | | | |
| | On-line background searches for Oxner & Bryant | 4.00 | $ 75.00 | $ 300.00 |
| | Expenses: Fee to contact searches | | | $ 30.00 |
| 3/31/2010 | Travel to POST- interview Ryan Powell | | | |
| | Review records from POST | | | |
| | Telcon with R Hendrix- contact Glock Gun | | | |
| | Springfield Armory- ATF, drafts request to Springfield | 6.00 | $ 75.00 | $ 450.00 |
| | Expenses: 47 miles @ .50= | | | $ 23.50 |
| | | | | **$1,473.61** |

## Faye Avery

| | |
|---|---|
| **From:** | Richard Hendrix |
| **Sent:** | Thursday, April 08, 2010 4:56 PM |
| **To:** | Faye Avery |
| **Subject:** | Retainer |

Faye—I need a $2,500 check made payable to Forensic Strategy Services, LLC in the Ayers case. Thanks

# CHECK REQUEST

Payable To:    <u>Town of Alto, Georgia</u> , P.O Box 215, Alto, Ga 30510

Amount:    <u>$21.00</u>

Reference:    <u>Copy Cost</u>

File Name/Number:    <u>Ayers/14831</u>

Requested by:    RWH/dcm

Date Requested:    <u>4/21/10</u>

Comments:    Please return to me. I will mail out.

Thank you

Dolores

PAID
PAID    APR 2 1 2010    PAID
BY:_____

# *CHECK REQUEST*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Payable To:       Felicia Harris

Amount:           $150.00

Reference:        Transcription of Undercover Investigation

Our Client:       14831 (Ayers)

Requested By:     Samantha Smith

Date Requested: April 21, 2010

Comments: Thanks



PAID
APR 2 1 2010
BY: 7609

# JVI & Associates, Inc.
**PRIVATE INVESTIGATORS**

# INVOICE

3605 Sandy Plains Road
Suite 240-119
Marietta, GA 30066
Office: 770.926.7018
Cell: 678.773.4739
Fax: 770.591.9839
Tax ID # 33- 1007946

Date:     10-May-10

**Bill to:**

Finch McCranie, LLP
225 Peachtree Street
1700 South Tower
Atlanta, GA 30303

Attention:Richard Hendrix

PAID

MAY 18 2010

PAID   PAID   PAID

BY: 7641

| Invoice Number | Project |
|---|---|
| 10-10164-04 | Jonathan Ayers |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/1/2010 | Contact Confidential Sources | | | |
| | Contact POST- Mitch Jones-prepare report | | | |
| | draft &fax Open Records request to POST | | | |
| | Telcon with R. Hendrix-fax documents | 4.00 | $ 75.00 | $ 300.00 |
| 4/8/2010 | Review records | 1.00 | $ 75.00 | $ 75.00 |
| 4/9/2010 | Review records-contact POST-telcon with R.Hendrix | 2.00 | $ 75.00 | $ 150.00 |
| 4/12/2010 | Meet with GBI | 2.50 | $ 75.00 | $ 187.50 |
| | Expenses: 34 Miles @ .50= | | | $ 17.00 |
| 4/13/2010 | Meet with Mitch Jones- POST | | | |
| | Review records & prepare report | 5.00 | $ 75.00 | $ 375.00 |
| | Expenses: 47 miles @ .50 | | | $ 23.50 |
| 4/14/2010 | Contact POST-Review HCSO- C-12's | | | |
| | Draft letter to POST & fax | | | |
| | Review BS Harrison's statement | | | |
| | Set out leads to subponea records | 5.50 | $ 75.00 | $ 412.50 |
| 4/15/2010 | Review file- telcon with R. Hendrix-contact sources | | | |
| | draft letters to POST-contact Springfield Armory | 5.00 | $ 75.00 | $ 375.00 |
| 4/19/2010 | Meet with J. Tucker,contact sources, review records | 4.00 | $ 75.00 | $ 300.00 |
| | prepare reports | | | |
| 4/20/2010 | Review R. Hendrix's report-contact POST-prepare report | | | |
| | Contact sources- contact Springfield Armory- | | | |
| | Shuller's Great Outdoors | 4.00 | $ 75.00 | $ 300.00 |
| 4/21/2010 | Contact Public Defender's Office-Toccoa, GA | | | |
| | Contact GBI- telcon with R. Hendrix | | | |
| | Prepare reports and email to R. Hendrix | 4.00 | $ 75.00 | $ 300.00 |

| Invoice Number | Project |
| --- | --- |
| | |

| Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| | Balance from page #1 | | | $2,815.50 |
| 4/22/2010 | Draft & fax letter to Drew Powell | | | |
| | prepare email to R. Hendrix & J. Tucker | | | |
| | Review GBI report | | | |
| | Draft & fax Georgia Open Records request to POST | 3.50 | $ 75.00 | $ 262.50 |
| 4/23/2010 | 2-telcons with POST- prepare email to R. Hendrix | 0.75 | $ 75.00 | $ 56.25 |
| | | | **Total** | **$3,134.25** |



# Kelly Fite
**Forensic Firearms Examiner**
**318 Charmers Way**
**Lilburn GA 30047**

May 10, 2010

Richard W. Hendrix, Attorney
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303



Re: Jonathan Ayers Case

| Date | Description | Amount |
|---|---|---|
| 2/16/10 | Trip to 225 Peachtree St. 1 ½ hrs. @ $150 per hr. | $225.00 |
| 2/17/10 | Review of discovery material 1 ½ hrs. | 225.00 |
| 2/18/10 | Trip to Attorney Roland Stroberg's office & United Space Storage, Gainesville, GA 2 hrs. | 300.00 |
| 2/21/10 | Review video 1 ½ hrs. | 225.00 |
| 2/25/10 | Review videos 2 hrs. | 300.00 |
| 2/28/10 | United Space Storage, Gainesville, GA 4 hrs. | 600.00 |
| | Wrecker Statement for moving vehicle | 150.00 |
| 3/19/10 | Trip to 225 Peachtree St. 1 ½ hrs. | 225.00 |
| 3/21/10 | Review of discovery 2 hrs. | 300.00 |
| 3/25/10 | Review of discovery material 2 hrs. | 300.00 |
| 4/5/10 | Report preparation 2 hrs. | 300.00 |
| 4/18/10 | Report changes 1 hr. | 150.00 |
| 4/21/10 | Report changes 1 hr. | 150.00 |

TOTAL $3450.00

Kelly Fite
Firearms Examiner
SS #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

Phone: 770-921-3958   Cell: 770-241-4663  Fax: 770-921-8217   Email: kfite76542@aol.com

*14831*



**Association County Commissioners of Georgia**
**Risk Management and Insurance Programs**
**Claims Administration Services**

**Group Self-Insurance Workers' Compensation Fund**
**Interlocal Risk Management Agency**

May 24, 2010

Mr. Richard W. Hendrix
Attorney at Law
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, Georgia 30303

RE:   **Insured:**        **Association County Commissioners of Georgia-**
                          **Interlocal Risk Management Agency**
      **Participant:**     **Stephens County Board of Commissioners**
      **Your Client:**     **Estate of Jonathan Paul Ayers**
      **Civil Action #:**  **2:10-CV-0032-RWS**
      **Claim #:**         **6250021576**

Dear Mr. Hendrix:

This is in response to your subpoena for production of documents on the above referenced case.
Your letter was dated May 10, 2010 and sent to our main office in Atlanta. It was forwarded to
me to respond. I am the Property & Liability Claim Supervisor for ACCG-IRMA.

Per your request, I have enclosed a copy of the 2009-10 ACCG-IRMA Coverage Agreement for
Member Stephens County. This includes their declarations pages and endorsements.

I have also enclosed the declarations pages and endorsements (for the same coverage period) for
Members Habersham and Rabun Counties. I did not include the Coverage Agreements for them
as they are identical to the one for Stephens County.

The copying charge (156 pages at $.25 per page) is $39.00. Payment should be made to ACCG-
IRMA and sent to the address below.

If you have any questions, don't hesitate to call me at 678-225-4248.

Sincerely,

Robert O. Kissell, AIC, ARM-P
Property & Liability Claims Supervisor

ROK/kw
Enclosures

PAID
JUN 1 0 2010
7752

3169 Holcomb Bridge Road • Suite 400 • Norcross, Georgia 30071 • (404) 522-5022 • Fax (678) 205-1940

# Invoice

**Dustin Productions LLC**
94 Morgan Drive
Adairsville, GA 30103

| DATE | INVOICE # |
|---|---|
| 5/17/2010 | 1188 |

**BILL TO**

Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303

| DUE DATE | P.O. NUMBER |
|---|---|
| 6/16/2010 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Misc Charge | Lodging Dustin and Liscio in Tocoa | 1 | 212.80 | 212.80 |
| Misc Charge | Lodging Liscio (in Adairsville) | 1 | 123.18 | 123.18 |
| Misc Charge | Meals | 1 | 115.55 | 115.55 |
| Misc Charge | Air Fare Liscio | 1 | 564.78 | 564.78 |
| Misc Charge | Survey Equipment Rental | 1 | 1,500.00 | 1,500.00 |
| Misc Charge | Dustin Project Hours | 72 | 100.00 | 7,200.00 |
| Misc Charge | Dustin Travel Hours | 14 | 75.00 | 1,050.00 |
| Misc Charge | Liscio Hours | 44 | 125.00 | 5,500.00 |
| Discount | Retainer applied | 1 | -2,000.00 | -2,000.00 |

Please remit to above address.

| | | |
|---|---|---|
| Subtotal | | 14,266.31 |
| 0% Tax | | |
| **Total** | | 14,266.31 |

# International Air Waybill

**express** For FedEx services worldwide.

print and press hard

| | |
|---|---|
| Date | 5/18/2010 |
| Sender's FedEx Account Number | 1002 - 1300 - 1 |
| Name | Samantha Smith |
| Phone | 404-658-9070 |
| Company | Finch McCraue, #LLP |
| Address | '25 Peachtree St., NE |
| | 1700 South Tower |
| City | Atlanta |
| State/Province | GA |
| Country | U.S.A. |
| ZIP/Postal Code | 30303 |
| To Name | Pilar Agus T. Reyes |
| Company | DynCorp International FZ-LLC |
| Address | Building 15, Room 105 |
| | P.O. Box 500347 |
| | Dubai Internet City |
| City | Dubai |
| State/Province | Dubai |
| Country | UAE |
| ZIP/Postal Code | 971 04 3910556 |

Recipient's Tax ID Number for Customs Purposes
VAT/IEN/ABN, or as locally required.

☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

**Information**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Packages | Total Weight | | lbs. ☒ kg | DIM | / | / | | in. ☐ cm | |

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| 1 Documents | | U.S.A. | Ø |

If you are AES/ITN exempt:
☐ No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
enter exemption number: _____
If other than NLR, enter License Exception: _____
Type of filing citation: _____

| Total Declared Value | |
|---|---|
| Total Value for Customs (Specify Currency) | Ø |

---

## 4 Express Package Service

*Packages up to 150 lbs. / 68 kg*
*For packages over 150 lbs. /68 kg, use the FedEx Expanded Service Intl. Air Waybill.*

☒ FedEx Intl. Priority

☐ FedEx Intl. First
*Available to select locations. Higher rates apply.*

☐ FedEx Intl. Economy
*FedEx Envelope and FedEx Pak rate not available.*

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

## 5 Packaging

*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☐ Other   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

## 6 Special Handling

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery
*Available to select locations for FedEx Intl. Priority only.*

## 7a Payment Bill transportation charges to:

*Enter FedEx Acct. No. or Credit Card No. below.*

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque

FedEx Acct. No. 1002 - 1300 - 1   *FedEx Use Only*

Credit Card No.

Credit Card Exp. Date

## 7b Payment Bill duties and taxes to:

*Enter FedEx Acct. No. below.*

*All shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No. 1002 - 1300 - 1

## 8 Your Internal Billing Reference

*First 24 characters will appear on invoice.*

14831

## 9 Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: _____
*This is not authorization to deliver this shipment without a recipient signature.*

For Completion Instructions, see back of fifth page.

| | |
|---|---|
| FedEx Tracking Number | 8646 8939 1257 |
| Form ID No. | 0402 |

PART 158410•Rev. Date 4/06
©1994–2006 FedEx
PRINTED IN U.S.A.

521

**Ship and track packages at fedex.com**

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill ©1994–2006 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

# JVI & Associates, Inc.

PRIVATE INVESTIGATORS

# INVOICE

3605 Sandy Plains Road
Suite 240-119
Marietta, GA 30066
Office: 770.926.7018
Cell: 678.773.4739
Fax: 770.591.9839
Tax ID # 33- 1007946

Date:     4-Jun-10

**Bill to:**

Finch McCranie, LLP
225 Peachtree Street
1700 South Tower
Atlanta, GA 30303

Attention: Richard Hendrix

| Invoice Number | Project |
|---|---|
| 10-10164-05 | Jonathan Ayers |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/4/02010 | Travel to Toccoa, GA to interview witnesses | 11.00 | $ 75.00 | $ 825.00 |
| | Expenses: 193 Round Trip miles @ .50= | | | $ 96.50 |
| | Copy fee | | | $ 8.84 |
| | | | | |
| 5/19/2010 | Meet with Richard Hendrix | 2.00 | $ 75.00 | $ 150.00 |
| | Expenses: 53 miles @ .50= | | | $ 26.50 |
| | Parking | | | $ 4.00 |

PAID
PAID
JUN 1 0 2010
BY: 7756

| | | | | $1,110.84 |
|---|---|---|---|---|

# AI2-3D

352 Via Carmine Avenue
Woodbridge, Ontario
L4H 2N8
Canada
416-704-2695
eliscio@ai2-3d.com
www.ai2-3d.com

# INVOICE

TO   Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303
404-658-9070-Tel
800-228-9159-Tel
404-688-0649-Fax
rhendrix@finchmccranie.com

### INVOICE # 269

Date: June 7, 2011

| SALESPERSON | JOB/CASE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Eugene Liscio | Ayers-Discovery | 100% | July 7, 2011 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Review of Deposition and notarization of Errata sheet | | $600.00 |
| | Review and notarization of Affidavit | | |
| | Courier costs | | |

*8173*

| | | | |
|---|---|---|---|
| **Note:** | **Please make all checks payable to AI2-3D** | SUBTOTAL | $600.00 |
| | Copyright to all works property of AI2-3D | HST | $0.00 |
| | Late fees applied at 1.5% monthly, 18% annually, 30 days from invoice. | TOTAL | **$600.00** |

Thank You for Your Business

# C. Joe Tucker & Associates

5068 Bridgeport Way
Norcross, Georgia 30092
Telephone/Fax: 770-449-8152

**Invoice No.**    291

| Name | Finch, McCranie, LLP   attn: Richard Hendrix | DATE 6-22-10 |
|------|-----------------------------------------------|--------------|
| Address | 225 Peachtree Street, NE  1700 South Tower | |
| | Atlanta, Georgia 30303 | |
| Telephone | 404-658-9070 | |

PAID JUN 24 2010 7765

| QTY | DESCRIPTION | TOTAL |
|-----|-------------|-------|
| | Invoice for services rendered in Ayers case, for April-June, 2010: | |
| 2.0 hours | 4-14-10--reviewed report sent by Richard Hendrix concerning irregularities, faxed Sterling Williams letter to Hendrix; | $150.00 |
| 0.5 hours | 4-16-10--reviewed video tapes from Toccoa gas station cameras; | 37.50 |
| 1.5 hours | 4-19-10--met with John Insogna re irregularities report and status of investigation; | 112.50 |
| 9.83 hours | 5-4-10--traveled to Toccoa, Ga., with John Insogna, for case interviews (Wallace Burden, Gary Lyle, Dale Watkins, Eddie Parks, Kayla Barrett); | 737.25 |
| 0.5 hours | 5-11-10--prepared interview report; | 37.50 |
| 6.0 hours  200 miles | 5-28-10--traveled to Toccoa, Ga., for witness signatures on affidavits (Burden, Kervin); left card at residence of Michelle Brouwer; | 450.00  110.00 |
| 2.25 hours  154 miles  0.66 hours | 6-14-10--traveled to Martin, Ga., for Michelle Brouwer affidavit;  6-16-10--spoke to Richard Hendrix, called Dodge State Prison, spoke to counselor of Sterling Williams re interview request, searched internet for telephone number for Mike Smith, Lavonia, Ga., called left message. | 168.75  84.70  49.50 |

| | Thank you for your business. | |
|---|---|---|

**TOTAL** | $1,937.70 |

# Invoice

Dustin Productions LLC
94 Morgan Drive
Adairsville, GA 30103

| DATE | INVOICE # |
|---|---|
| 6/20/2010 | 1194 |

**BILL TO**

Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303

| DUE DATE | P.O. NUMBER |
|---|---|
| 7/20/2010 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Animation | Meetings and Create virtual enviroment | 82 | 100.00 | 8,200.00 |
| Discount | Discount | 30 | -100.00 | -3,000.00 |
| | | Subtotal | | 5,200.00 |
| | | 0% Tax | | |
| | | **Total** | | 5,200.00 |



# Finch McCranie, LLP

*225 Peachtree Street N.E.*
*Suite 1700 South Tower*
*Atlanta, Georgia 30303*
*(404) 658-9070*
*Fax: (404) 688-0649*

## FAX TRANSMISSION COVER SHEET

| | | | |
|---|---|---|---|
| **Date:** | August 5, 2010 | | |
| **To:** | Dana Goodall | **Fax No.:** | 678-686-6320 |
| **Re:** | Subpoena | **Matter No.:** | 14831 |
| **Sender:** | Dolores Meredith, Legal Assistant | | |

### YOU SHOULD RECEIVE 10 PAGES, INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (404) 658-9070.

## Confidentiality Notice

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE(S) LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTON IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE FOR RETURN OF THE ORIGINAL DOCUMENTS TO US.

**Message:**   Dana, Attached is the subpoena we spoke about this morning. Thank you for any assistance you can give me regarding this matter. I will await a return call from you or whoever can assist me in this matter. As stated, we need this information as soon as possible.

Thank You.

Dolores Meredith
Legal Assistant to Richard W. Hendrix
(P) 404-658-9070

# BEK TEK LLC

**12115 SANGSTERS COURT**
**CLIFTON, VA USA 20124-1947**
**(703)631-7099; FAX (703)266-4461**
**FED ID#54-1773324; DUNS#838918423**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 8/23/2010 | 1867 |

### BILL TO

Richard W. Hendrix, Esq.
Finch McCranie, LLP
1700 South Tower
225 Peachtree Street, N.E.
Atlanta, GA  30303

| REFERENCE | | | TERMS | LAB/P.O. NO. |
|---|---|---|---|---|
| Jonathan Ayers Case | | | Net 30 | 1001180 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/17/2010 | Locate additional designated portion of camera view 3; set up and produce a video DVD of the additional designated portion of camera view 3, with a 50% playback rate and repeated 10 times; update work notes; prepare FedEx documentation, write a cover letter, package the evidence, and deliver to the local FedEx office. | 1.7 | 250.00 | 425.00 |
| 8/17/2010 | FedEx charge to forward the evidence to your office via Standard Overnight service. | | 37.99 | 37.99 |

*Ben E. Key  8/23/2010*

7860

Thank you for your business.

| **Total** | **$462.99** |
|---|---|

*Rw<sup>tt</sup> Ayers/* — handwritten
*14831*

# JVI & Associates, Inc.

PRIVATE INVESTIGATORS

# INVOICE

3605 Sandy Plains Road
Suite 240-119
Marietta, GA  30066
Office: 770.926.7018
Cell: 678.773.4739
Fax: 770.591.9839
Tax ID # 33- 1007946

Date:    September 20,2010

**Bill to:**

Finch McCraine, LLP
225 Peachtree Street
1700 South Tower
Atlanta, GA 30303

Attention: Richard Hendrix

| Invoice Number | Project |
|---|---|
| 10-10164-06 | Jonathan Ayers |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/17/2010 | Review information from R. Hendrix | | | |
| | Conference call wit R. Hendrix, J. Tucker | 1.00 | $ 75.00 | $ 75.00 |
| 7/18/2010 | Meeting with USA | 4.00 | $ 75.00 | $ 300.00 |
| | Expenses: 58 miles @ .50= | | | $ 29.00 |
| | Parking | | | $ 14.00 |
| 8/9/2010 | Contact Rebecca Shaw- GBI- contact Mitch Jones | | | |
| | Telcon with R. Hendrix, prepare report | 0.75 | $ 75.00 | $ 56.25 |
| 8/13/2010 | Attempt to meet with M. Jones, POST | 2.00 | $ 75.00 | $ 150.00 |
| | Expenses: 47 miles @ .50= | | | $ 23.50 |
| 9/9/2010 | Interview M. Jones, POST | 4.00 | $ 75.00 | $ 300.00 |
| 9/10/2010 | Prepare report of M. Jones interview | | | |
| | email report to R. Hendrix | 2.00 | $ 75.00 | $ 150.00 |

| | | | | $1,097.75 |
|---|---|---|---|---|



**ESQUIRE**

Esquire Solutions - Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (877) 495-0777
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com
an Alexander Gallo Company

*#14831*
*RW 7*



RICHARD HENDRIX ,ESQ.
FINCH MCCRANIE, LLP
1700 SOUTH TOWER
225 PEACHTREE STREET NE
ATLANTA, GA 30303

## Invoice # BG197188

| Invoice Date | 09/27/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 10/27/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/17/2010 | AYRES, ABIGAIL MARILYN vs. HARRISON, BILLY | 180328 | 09/27/2010 | UPS |

| Description |
|---|
| Original Deposition for SAMUEL BRYANT, 09/17/2010 (BUFORD, GA)

Original Deposition for RANDY SHIRLEY, 09/17/2010 (BUFORD, GA) |

*1906*

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS $1,277.50 FOR VIDEO SERVICES.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/11/20** | **$ 3,498.40** |
| Amount Due After 11/11/2010 | $ 3,848.24 |

Tax Number: **20-8233517**

# Invoice 

**Forensic Strategy Services, LLC.**
601 B Industrial Court
Woodstock, Georgia 30189
Phone (770) 926-5588
Fax (770) 926-7089

Invoice Number:
10012

Invoice Date:
Oct 6, 2010

Page:
1

## *DUE UPON RECEIPT*

*14831*

Sold To:
Finch McCrainie
225 Peachtree Street NE
1700 South Tower
Atlanta, GA  30303
USA

Customer ID:   Finch McCranie, LLP

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
|  | Net Due | 10/6/10 |  |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Shipping | Ayers vs. Harrison - Shipping - FedEx Express Saver | 14.53 | 14.53 |

*1937*

|  |  |
|---|---|
| Subtotal | 14.53 |
| Sales Tax |  |
| Total Invoice Amount | 14.53 |
| Payment Received |  |
| **TOTAL** | 14.53 |

Check No:

 **ESQUIRE**

Esquire Solutions - Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
*an Alexander Gallo Company*

Toll Free (877) 495-0777
Fax (866) 590-3205

Remit to:

*Ayers;*

Esquire Deposition Solutions */(831*
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com





RICHARD HENDRIX ,ESQ.
FINCH MCCRANIE, LLP
1700 SOUTH TOWER
225 PEACHTREE STREET NE
ATLANTA, GA 30303

### Invoice # BG199380

| | |
|---|---|
| **Invoice Date** | 10/13/2010 |
| **Terms** | NET 45 |
| **Payment Due** | 11/12/2010 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/20/2010 | AYRES, ABIGAIL MARILYN vs. HARRISON, BILLY | 181490 | 10/13/2010 | UPS |

| Description |
|---|
| Original Deposition for MICHAEL AYERS, 09/20/2010 (CLEVELAND, GA) |

*1945*

*LOCATION OF DEPOSITION: CLEVELAND, GA*
*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS $770 FOR VIDEO SERVICES.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/27/20** | **$ 1,921.63** |
| Amount Due After 11/27/2010 | $ 2,113.79 |

**Tax Number:** 20-8233517





# Invoice

| Date | Invoice # |
|------|-----------|
| 10/14/2010 | 4176 |

*RW H 14831*

| Bill To |
|---------|
| Finch McCranie, LLP |
| 225 Peachtree St. |
| Suite 1700 |
| Atlanta, Ga. 30303 |

| Ship To |
|---------|
| Finch McCranie, LLP |
| 225 Peachtree St. |
| Suite 1700 |
| Atlanta, Ga. 30303 |

| Client Matter # | Terms | Due Date | Rep | Customer Name |
|-----------------|-------|----------|-----|---------------|
| AYERS | Net 30 | 11/13/2010 | WM | Samantha Smith |

| Quantity | Product or Service | Price Each | Amount |
|----------|--------------------|-----------|--------|
| 9 | Duplication of Master DVD | 27.50 | 247.50 |

*PAID*
*7944*

| | |
|---|---|
| Thank you for your business! | |
| Sign Here: | |

**Remit Payment To:**
**Choice Document Solutions, Inc**
**P.O. Box 78006**
**Atlanta, GA. 30357**
**404-210-9993**
**FEIN: 86-1145357**

| | |
|---|---|
| **Total** | $247.50 |
| **Credits/Discounts** | $0.00 |
| **Balance Due** | $247.50 |

# C. Joe Tucker & Associates

5068 Bridgeport Way
Norcross, Georgia 30092
Telephone/Fax: 770-449-8152

**Invoice No.**      299

| Name | Finch, McCranie, LLP   attn: Richard Hendrix | DATE Oct. 20, 2010 |
| Address | 225 Peachtree Street, N.E.  1700 South Tower | |
| | Atlanta, Georgia 30303 | |
| Telephone | 404-658-9070 | |

| QTY | DESCRIPTION | TOTAL |
|---|---|---|
| 5.0 hours 170 miles | Invoice for services rendered in Ayers lawsuit:

10-18-10--traveled to Toccoa, Ga., met with witnesses Motes, Kervin, and Stephens re affidavits.

Thank you for  your business. | $375.00 85.00 |

PAID
OCT 20 2010
7943

**TOTAL**  $460.00

# *CHECK REQUEST*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Payable To:       United States Treasury

Amount:           $285.00

Reference:        5 Years Tax Returns

Our Client:       14831 (Ayers)

Requested By:   Samantha Smith

Date Requested: November 5, 2010

Comments: Need this today please.



# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2010 | 4234 |



| Bill To | Ship To |
|---|---|
| Finch McCranie, LLP<br>225 Peachtree St.<br>Suite 1700<br>Atlanta, Ga. 30303 | Finch McCranie, LLP<br>225 Peachtree St.<br>Suite 1700<br>Atlanta, Ga. 30303 |

| Client Matter # | | Terms | Due Date | Rep | Customer Name |
|---|---|---|---|---|---|
| | | Net 30 | 12/10/2010 | WM | Samantha Smith |

| Quantity | Product or Service | Price Each | Amount |
|---|---|---|---|
| 3 | Duplication of Master DVD | 35.00 | 105.00 |

7953

| | |
|---|---|
| Thank you for your business! | Sign Here: |

| | |
|---|---|
| **Total** | $105.00 |
| **Credits/Discounts** | $0.00 |
| **Balance Due** | $105.00 |

**Remit Payment To:**
**Choice Document Solutions, Inc**
**P.O. Box 78006**
**Atlanta, GA. 30357**
**404-210-9993**
**FEIN: 86-1145357**



Esquire Solutions - Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (877) 495-0777
Fax (866) 590-3205

**ESQUIRE**
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



### Invoice # BG203411

| Invoice Date | 11/10/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 12/10/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

RICHARD HENDRIX ,ESQ.
FINCH MCCRANIE, LLP
1700 SOUTH TOWER
225 PEACHTREE STREET NE
ATLANTA, GA 30303

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/19/2010 | AYRES, ABIGAIL MARILYN vs. HARRISON, BILLY | 183936 | 11/04/2010 | UPS |

| Description |
|---|
| Original Deposition for BILLY HARRISON, 10/19/2010 (BUFORD, GA) |

    VIDEO

    SUMMARY

*1972*

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS $655 FOR VIDEO SERVICES.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/25/20** | **$ 1,709.45** |
| Amount Due After 12/25/2010 | $ 1,880.40 |

Tax Number:   20-8233517



# Kelly Fite
**Forensic Firearms Examiner**
**318 Charmers Way**
**Lilburn GA 30047**



November 17, 2010

*14831*

Richard W. Hendrix, Attorney
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA  30303

Re:  Ayers

| | | |
|---|---|---|
| 4/29/10 | Meeting with David Dustin – 1/1/2 hrs. @ $150 per hr. | $225.00 |
| 5/14/10 | Meeting with David Dustin – 1/1/2 hrs. | 225.00 |
| 6/17/10 | Trip to 225 Peachtree St. Atlanta – 2 hrs. | 300.00 |
| 6/19/10 | Review Discovery – 2 hrs. | 300.00 |
| 7/30/10 | Trip to David Dustin's office – 1/1/2 hrs. | 225.00 |
| 8/2/10 | Trip to 225 Peachtree St. Atlanta – 1/1/2 hrs. | 225.00 |
| 8/7/10 | Trip to David Dustin's office – 1 hr. | 150.00 |
| 8/20/10 | Trip to 225 Peachtree St. Atlanta – 1/1/2 hrs. | 225.00 |
| 9/11/10 | Trip to David Dustin's office – 1 hr. | 150.00 |
| 10/8/10 | Review case and report- 2 hrs. | 300.00 |
| 10/9/10 | Review deposition – 2 hrs. | 300.00 |
| 11/16/10 | Trip to 225 Peachtree St. Atlanta – 1 ½ hrs. | 225.00 |
| 11/17/10 | Review  Discovery – 2 hrs. | 300.00 |

Mileage to David Dustin's office, Adairsville, GA
7/30/10, 8/7 & 8/11/10 – 480 miles @ 50 cents per mi. ----------- 240.00

TOTAL           $3390.00

Kelly Fite
Firearms Examiner
SS #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

*7957*



*14831*

**ESQUIRE**

Esquire Solutions - Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (877) 495-0777
Fax (866) 590-3205

### Invoice # BG205425



RICHARD HENDRIX ,ESQ.
FINCH MCCRANIE, LLP
1700 SOUTH TOWER
225 PEACHTREE STREET NE
ATLANTA, GA 30303

| | |
|---|---|
| **Invoice Date** | 11/22/2010 |
| **Terms** | NET 45 |
| **Payment Due** | 12/22/2010 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/03/2010 | AYRES, ABIGAIL MARILYN vs. HARRISON, BILLY | 184735 | 11/15/2010 | UPS |

| Description |
|---|
| Original Deposition for CHANCE OXNER, 11/03/2010 (BUFORD, GA) |
|     EXHIBITS |
|     VIDEO |
| |
| Original Deposition for JOSEPH TERRELL, 11/03/2010 (BUFORD, GA) |
|     EXHIBITS |

*800 /*

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS $655 FOR VIDEO SERVICES.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/06/20** | **$ 2,155.85** |
| Amount Due After 01/06/2011 | $ 2,371.44 |

Tax Number: 20-8233517

 

**ESQUIRE**

Esquire Solutions - Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Toll Free (877) 495-0777
Fax (866) 590-3205



RICHARD HENDRIX ,ESQ.
FINCH MCCRANIE, LLP
1700 SOUTH TOWER
225 PEACHTREE STREET NE
ATLANTA, GA 30303

## Invoice # BG207035

| Invoice Date | 11/30/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/02/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/10/2010 | AYRES, ABIGAIL MARILYN vs. HARRISON, BILLY | 185261 | 11/29/2010 | UPS |

| Description |
|---|
| Original Deposition for SHERIFF_FRANK ANDREWS, 11/10/2010 (BUFORD, GA) |

    EXHIBITS

    SUMMARY

*LOCATION OF DEPOSITION: BUFORD, GA*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/17/20** | **$ 581.85** |
| Amount Due After 01/17/2011 | $ 640.04 |

Tax Number:   20-8233517



ESQUIRE
an Alexander Gallo Company



**⊕ESQUIRE**

Esquire Solutions - Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (877) 495-0777
Fax (866) 590-3205

RICHARD HENDRIX ,ESQ.
FINCH MCCRANIE, LLP
1700 SOUTH TOWER
225 PEACHTREE STREET NE
ATLANTA, GA 30303

## Invoice # BG207055

| Invoice Date | 11/30/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/02/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/09/2010 | AYRES, ABIGAIL MARILYN vs. HARRISON, BILLY | 184739 | 11/29/2010 | UPS |

| Description |
|---|
| Original Deposition for MEGAN MILLER, 11/09/2010 (CLEVELAND, GA) |

    EXHIBITS

    VIDEO

    SUMMARY

*1986*

*LOCATION OF DEPOSITION: CLEVELAND, GA*
*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS $540 FOR VIDEO SERVICES.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/17/20** | **$ 1,548.05** |
| Amount Due After 01/17/2011 | $ 1,702.86 |

Tax Number:  20-8233517



ESQUIRE

Esquire Solutions - Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (877) 495-0777
Fax (866) 590-3205



RICHARD HENDRIX ,ESQ.
FINCH MCCRANIE, LLP
1700 SOUTH TOWER
225 PEACHTREE STREET NE
ATLANTA, GA 30303

## *Invoice # BG207035*

| | |
|---|---|
| **Invoice Date** | 11/30/2010 |
| **Terms** | NET 30 |
| **Payment Due** | 01/02/2011 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/10/2010 | AYRES, ABIGAIL MARILYN vs. HARRISON, BILLY | 185261 | 11/29/2010 | UPS |

| Description |
|---|
| Original Deposition for SHERIFF_FRANK ANDREWS, 11/10/2010 (BUFORD, GA) |

    EXHIBITS

    SUMMARY



*LOCATION OF DEPOSITION: BUFORD, GA*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/17/20** | **$ 581.85** |
| Amount Due After 01/17/2011 | $ 640.04 |

**Tax Number:** 20-8233517

*C. Joe Tucker & Associates*

5068 Bridgeport Way
Norcross, Georgia 30092
Telephone/Fax: 770-449-8152

**Invoice No.**     305

| Name | Finch, McCranie, LLP   attn: Richard Hendrix | DATE 12-13-10 |
|---|---|---|
| Address | 225 Peachtree Street, NE | |
| | Atlanta, Georgia 30303 | |
| Telephone | 404-658-9070 | |

| QTY | DESCRIPTION | TOTAL |
|---|---|---|
| 7.0 hours<br>184 miles | Invoice for services rendered in Ayers v. Harrison, et al:<br><br>12-10-10--drove to Toccoa, Ga., with Michael Sullivan, talked to witnesses E. Parks, M. Parks, and W. Burden;<br><br>Thank you for your business. | $525.00<br>92.00 |

**TOTAL**   $617.00



# AI2-3D

352 Via Carmine Avenue
Woodbridge, Ontario
L4H 2N8
Canada
416-704-2695
eliscio@ai2-3d.com
www.ai2-3d.com

# INVOICE

TO  Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303
404-658-9070-Tel
800-228-9159-Tel
404-688-0649-Fax
rhendrix@finchmccranie.com

**INVOICE # 251**

Date: December 14, 2010

| SALESPERSON | JOB/CASE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Eugene Liscio | Ayers-Photogrammetry | 100% | Jan 14, 2010 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 4 | Photogrammetry Report | @125/hr | $500.00 |

*7991*

Note: **Please make all checks payable to AI2-3D**

Copyright to all works property of AI2-3D

Late fees applied at 1.5% monthly, 18% annually, 30 days from invoice.

| | |
|---|---|
| SUBTOTAL | $500.00 |
| HST | $0.00 |
| **TOTAL** | **$500.00** |

Thank You for Your Business

# JEFFREY J. NOBLE
### 3 Via Liebre, Rancho Santa Margarita, CA 92688

www.policeconduct.net
jeffnoble@cox.net
(949) 279-4678

December 29, 2010

Richard Hendrix
225 Peachtree St. N.E.
1700 South Tower
Atlanta, GA 30303

Re: Ayers v. Mountain Judicial Circuit NCIS

Dear Mr. Hendrix:

I appreciate the opportunity to work on this matter. This letter will serve as my
billing to date. I have attached an Excel spreadsheet of my hours and that
spreadsheet is attached.

My fees for this matter are 30 hours at $225/hr for a total of $6,750.

I have received your retainer of $5,000, which leaves an outstanding balance of
$1,750.

Please forward payment to:

Jeff Noble
3 Via Liebre
Rancho Santa Margarita, CA 92688

Taxpayer ID# 26-3001039

Sincerely,


Jeff Noble

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 1/17/2010 | Review GBI Case File Volume 1 | 2 |
| 1/18/2010 | Review GBI Case File Volume 2 - 5; Recording of Undercover Meeting with Barrett (58:37). | 4.5 |
| 1/20/2010 | Review Complaint and Grand Jury Presentment Concerning Officer Involved Shooting Death of Jonathan Ayers. | 0.75 |
| 1/21/2010 | Draft report | 2.5 |
| 10/17/2010 | Review depositions of Sheriff Randy Shirley and Commander Kyle Bryant | 1.5 |
| 11/9/2010 | Review deposition of Michael Ayers; Billy Harrison; Kyle Bryant | 3 |
| 11/10/2010 | Review deposition of Chance Oxner; and Joseph Terrell | 2 |
| 11/11/2010 | Review audio interview of Chance Oxner (16:33); second interview of Chance Oxner (1:11); Dusty Morgan (7:31); Herman Cronic (11:36) | 0.75 |
| 12/3/2010 | Review deposition of Sheriff Frank Andrews; and Special Agent Megan Miller | 1.5 |
| 12/4/2010 | Billy Shane Harrison (30:25) (45:42) | 1.5 |
| 12/10/2010 | Review audios of Matt Kervin (10:59); Matt Umbehehant (3:02); Phillis Brown (4:09); Dale Watkins (9:16); Rodney Jones (3:28); Tracy Claytor (22:33); Alisa Granger (11:05); Mihelle Bouwer (4:12); Sandra Camberg (3:23); Adam Gragg (5:33); James Granger (6:32); Raquel Christian (12:30); Carol Walton (5:48); Call to Adam Gragg (2:14); Greg Fleming (9:13); Brandon Barrett (7:41); Jennifer Nicholson (7:12); Call to Greg Fleming (1:53); Sterling Williams (28:51); Rodney Jones (17:15): Marion Banks (5:21); Kayla Barrett (21:58) (52:29) | 4.5 |
| 12/11/2010 | Draft report | 3 |
| 12/18/2010 | Review depositions of Rick Wise and William Myers and draft report | 2.5 |

Hours    30

$6,750.00

8020

# Thompson Reporting Services, Inc.

Certified Court Reporters
P.O. Box 680311
Marietta, Georgia  30068
(678) 483-0600
Tax ID: 58-2234878

January 10, 2011

Mr. Michael A. Sullivan
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303

| Invoice Number |
| :---: |
| **11210** |

**Re:**   Abigail Marilyn Ayers vs Officer Billy Shane Harrison, et al.
CAF No.:  2:10-CV-0032-RWS

Description of Services

| | |
| ---: | ---: |
| **Invoice total:** | **$286.06** |
| If paid within 30 days: | -26.01 |
| Discount total: | $260.05 |

One copy of the Depositions of Eddie Parks
and Mary Frances Parks,
Taken December 14, 2010,
Toccoa, Georgia.

Thank you.



(Invoices past due more than 60 days shall bear interest
at 1.5% per month, 18% per annum.)

 ESQUIRE

Esquire Solutions - Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (877) 495-0777
Fax (866) 590-3205

## Invoice # BG212727



RICHARD HENDRIX ,ESQ.
FINCH MCCRANIE, LLP
1700 SOUTH TOWER
225 PEACHTREE STREET NE
ATLANTA, GA 30303

| Invoice Date | 01/11/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 02/10/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/15/2010 | AYRES, ABIGAIL MARILYN vs. HARRISON, BILLY | 196990 | 01/05/2011 | UPS |

| Description |
|---|

Original Deposition for MURRAY KOGOD, 12/15/2010 (BUFORD, GA)

    EXHIBITS

Original Deposition for BRIAN RICKMAN, 12/15/2010 (BUFORD, GA)

    EXHIBITS

    VIDEO



*VIDEO ONLY FOR BRIAN RICKMAN*
*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS $597.50 FOR VIDEO SERVICES.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/25/20** | **$ 1,722.55** |
| Amount Due After 02/25/2011 | $ 1,894.80 |

Tax Number:  20-8233517

*C. Joe Tucker & Associates*

5068 Bridgeport Way
Norcross, Georgia 30092
Telephone/Fax: 770-449-8152

**Invoice No**.      307

| Name | Finch, McCranie, LLP   attn: Richard Hendrix | DATE 1-12-11 |
| Address | 225 Peachtree Street, N.E., 1700 South Tower | |
| | Atlanta, Georgia 30303 | |
| Telephone | 404-658-9070 | |

| QTY | DESCRIPTION | TOTAL |
|---|---|---|
| 5.0 hours<br>154 miles | Invoice for services rendered in Ayers case:<br><br>1-7-11--drove to Toccoa, Ga., with Michael Sullivan, to interview witness Levi Motes.<br><br>Thank you for your business. | $375.00<br>77.00 |

8014

**TOTAL** | **$452.00**

148 31

# Invoice

Forensic Strategy Services, LLC.
601-B Industrial Court
Woodstock, GA 30189
USA

Invoice Number:
11004

Invoice Date:
Feb 11, 2011

Voice: 770-926-5588
Fax: 770-926-7089

Page:
1

Sold To:
    Finch McCrainie
    225 Peachtree Street NE
    1700 South Tower
    Atlanta, GA 30303
    USA

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Finch McCranie, LLP | | Net Due | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 2/11/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7.00 | Labor | Ayers - Production of GBI Recorders Report and review of the data. | 200.00 | 1,400.00 |

8063

| | | |
|---|---|---|
| | Subtotal | 1,400.00 |
| | Sales Tax | |
| | Total Invoice Amount | 1,400.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | 1,400.00 |

# Thompson Reporting Services, Inc.

Certified Court Reporters
P.O. Box 680311
Marietta, Georgia 30068
(678) 483-0600
Tax ID: 58-2234878

February 15, 2011

Mr. Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303

> **Invoice Number**
> **11274**

**Re:** Abigail Marilyn Ayers, et al. vs Officer Billy Shane Harrison, et al.
CAF No.: 2:10-CV-0032-RWS

Description of Services

| | |
|---|---|
| **Invoice total:** | **$749.49** |
| If paid within 30 days: | -68.14 |
| Discount total: | $681.35 |

One copy of the Deposition of Jeffrey J. Noble,
Taken on January 24, 2010,
Atlanta, Georgia.

Thank you.

PAID
MAR ...
*8070*

(Invoices past due more than 60 days shall bear interest
at 1.5% per month, 18% per annum.)



# Thompson Reporting Services, Inc.

Certified Court Reporters
P.O. Box 680311
Marietta, Georgia 30068
(678) 483-0600
Tax ID: 58-2234878

March 2, 2011

Mr. Michael A. Sullivan
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303

| Invoice Number |
| :---: |
| **Invoice Number 11318** |

**Re:** Abigail Marilyn Ayers, et al. vs Officer Billy Shane Harrison, et al.
CAF No.: 2:10-CV-0032-RWS

Description of Services

| | |
| --- | ---: |
| **Invoice total:** | **$770.99** |
| If paid within 30 days: | -70.09 |
| Discount total: | $700.90 |

One copy of the Depositions of
Levi Motes, Matthew Kervin, Sondra Canberg, Harold Gainous,
Taken on February 9, 2011,
Toccoa, Georgia.

Thank you.



(Invoices past due more than 60 days shall bear interest
at 1.5% per month, 18% per annum.)

# CHECK REQUEST

Payable To:    David M. Grossi

Amount:    $2,000.00

Reference:    Deposition/Witness fee

File Name/Number:    Ayers/14831

Requested by:    RWH/dcm

Date Requested:    03-04-11

Comments:    Return to me.

                Thank you

                Dolores



 **ESQUIRE**

Esquire Solutions - Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
*an Alexander Gallo Company*

**Remit to:**                    14831

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (877) 495-0777
Fax (866) 590-3205



RICHARD HENDRIX ,ESQ.
FINCH MCCRANIE, LLP
1700 SOUTH TOWER
225 PEACHTREE STREET NE
ATLANTA, GA 30303

## Invoice # BG221375

| | |
|---|---|
| **Invoice Date** | 03/09/2011 |
| **Terms** | NET 45 |
| **Payment Due** | 04/08/2011 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/22/2011 | AYRES, ABIGAIL MARILYN vs. HARRISON, BILLY | 209009 | 03/04/2011 | UPS |

| Description |
|---|
| Original Deposition for EDWIN WILSON, 02/22/2011 |

EXHIBITS

4110

*MATTER NUMBER: 14831*
*LOCATION OF DEPOSITION: CORNELIA, GA - MARILYN AYERS*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 04/23/2011** | **$ 704.70** |
| Amount Due After 04/23/2011 | $ 775.17 |

Tax Number:   20-8233517

/イ831

**Thompson Reporting Services, Inc.**
Certified Court Reporters
P.O. Box 680311
Marietta, Georgia 30068
(678) 483-0600
Tax ID: 58-2234878

March 11, 2011

Mr. Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303

| Invoice Number |
| 11343 |

**Re:** Abigail Marilyn Ayers, et al. vs Officer Billy Shane Harrison, et al.
CAF No.: 2:10-CV-0032-RWS

Description of Services

| | |
|---|---|
| Invoice total: | $380.05 |
| If paid within 30 days: | -34.55 |
| Discount total: | $345.50 |

One copy of the Depositions of
Michelle Brouwer, Jennifer B. Nicholson,
Carol C. Walton and Eric M. Umbehant,
Taken on February 10, 2011,
Toccoa, Georgia.

Thank you.

8/16

(Invoices past due more than 60 days shall bear interest
at 1.5% per month, 18% per annum.)

# Thompson Reporting Services, Inc.

Certified Court Reporters
P.O. Box 680311
Marietta, Georgia 30068
(678) 483-0600
Tax ID: 58-2234878

March 18, 2011

Mr. Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303

| Invoice Number |
|---|
| **11361** |

**Re:** Abigail Marilyn Ayers, et al. vs Officer Billy Shane Harrison, et al.
CAF N.: 2:10-CV-0032-RWS

Description of Services

| | |
|---|---|
| Invoice total: | $584.27 |
| If paid within 30 days: | -53.12 |
| Discount total: | $531.15 |

One copy of the Deposition of
Ms. Abigail Marilyn Ayers,
taken 2/24/11, Gainesville, Georgia

Thank you.

8122

(Invoices past due more than 60 days shall bear interest
at 1.5% per month, 18% per annum.)

*14831*

**Karen M. Blum**
*Associate Dean and Professor of Law*
*tel* 617.573.8216 *fax* 617.305.3089
kblum@suffolk.edu



SUFFOLK
U N I V E R S I T Y
LAW SCHOOL

Richard Hendrix
Finch McCranie LLP
225 Peachtree Street, NE
Suite 1700 South Tower
Atlanta, GA 30303

March 22, 2011

Re: Consulting on Ayers Case

| | | |
|---|---|---|
| 3/13/11 | 4 hrs | reading draft of brief and reviewing for purposes of comment and suggestions |
| 3/14/11 | 3 hrs. | reviewing cases on inter-agency task forces; phone conference with Attorney Hendrix |

Time        7 hrs.
Rate        $300.00/hr
Fee         $2100.00

Thank you,

*Karen M Blum*
Karen M. Blum

PAID
MAR 3 0 2011
BY:_____



*C. Joe Tucker & Associates*

5068 Bridgeport Way
Norcross, Georgia 30092
Telephone/Fax: 770-449-8152

**Invoice No**.     312

| Name | Finch, McCranie, LLP   attn: Richard Hendrix | DATE 3-23-11 |
|---|---|---|
| Address | 225 Peachtree Street, NE  1700 South Tower | |
| | Atlanta, Georgia 30303 | |
| Telephone | 404-658-9070 | |

| QTY | DESCRIPTION | TOTAL |
|---|---|---|
| 8.0 hours<br>332 miles<br>2.5 hrs. | Invoice for services rendered in Ayers investigation:<br><br>3-17-11--traveled to Augusta, Ga., interviewed Sterling S. Williams;<br><br>3-18-11--wrote Williams interview report;<br><br>Thank you for your business. | $600.00<br>166.00<br>187.50 |

PAID
MAR 3 0 2011

**TOTAL** $953.50

*RWH*
*14831*   *BB*

# GREGORY COURT REPORTING SERVICE, INC.
**2650 Airport Road South, Suite A**
**Naples, FL 34112**
**TELEPHONE: (239)774-4414, FAX: 774-5261**
**www.GregoryCourtReporting.com**

| | |
|---|---|
| Finch McCranie, LLP | **INVOICE NO. :** 995868 |
| 225 Peachtree Street NE | **INVOICE DATE:** 3/29/2011 |
| 1700 South Tower | **REPORTER:** |
| Atlanta, GA 30303 | Pauline Terry |
| Richard W. Hendrix, Esq. | **ID#** 58-2116770 |
| Ayers vs. Harrison | |

| Date | Description | Amount |
|---|---|---|
| 3/22/2011 | Reporting Deposition(s) of David Grossi (10:00-12:15) | 150.00 |
| | Transcribe Deposition(s) of David Grossi (82 pgs.)* | 369.00 |
| | Postage | 4.75 |

*Read & Sign through Mr. Williams

| | |
|---|---|
| **Sub Total** | 523.75 |
| **Paid** | 0.00 |
| **Balance Due** | 523.75 |

## TERMS: PAYMENT DUE ON RECEIPT
### OFFICES: NAPLES/NORTH NAPLES/BONITA SPRINGS/FT MYERS
### WE ACCEPT VISA, MASTERCARD & AMERICAN EXPRESS


PAID
APR 13 2011
8/18

# CHECK REQUEST

Payable To:       Joe Key

Amount:           $1,000.00

Reference:        Deposition/Witness fee

File Name/Number:     Ayers/14831

Requested by:     RWH/dcm

Date Requested:       03-30-11

Comments:         Return to me.

                  Thank you

                  Dolores

# CHECK REQUEST

Payable To:     Guy W. Jordan, PH. D.

Amount:              $1,500.00

Reference:     Consulting Expert fee

File Name/Number:     Ayers/14831

Requested by:       RWH/dcm

Date Requested:           04-11-11

Comments:        Return to me.

Thank you

Dolores

8119



# Kelly Fite
### Forensic Firearms Examiner
### 318 Charmers Way
### Lilburn GA 30047

*/4831*

April 13, 2011

Richard W. Hendrix, Attorney
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA  30303

Re:  Ayers

| Date | Description | Amount |
|---|---|---|
| 1/26/11 | Trip to 225 Peachtree St., Atlanta, Ga – 1 hr. | $150.00 |
| 2/12/11 | Review of discovery – 1 ½ hrs. | 225.00 |
| 2/14/11 | Review of discovery – 1 hr. | 150.00 |
| 3/24/11 | Review of discovery – 1 hr. | 150.00 |
| 3/25/11 | Trip to 225 Peachtree St., Atlanta, GA – 2 ½ hrs. | 375.00 |

TOTAL       $1050.00

Kelly Fite
Firearms Examiner
SS #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

*8133*

# Thompson Reporting Services, Inc.

Certified Court Reporters
P.O. Box 680311
Marietta, Georgia  30068
(678) 483-0600
Tax ID: 58-2234878

April 14, 2011

Mr. Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303

| **Invoice Number** |
| :---: |
| **11428** |

**Re:**  Abigail Marilyn Ayers, et al. vs Officer Billy Shane Harrison, et al.
CAF No.:  2:10-CV-0032-RWS

Description of Services

| | |
| ---: | ---: |
| **Invoice total:** | **$274.89** |
| If paid within 30 days: | -24.99 |
| Discount total: | $249.90 |

One copy of the Deposition of Kelly M. Fite,
Taken March 29, 2011,
Atlanta, Georgia.

Thank you.



PAID
MAY 04 2011
8152

(Invoices past due more than 60 days shall bear interest
at 1.5% per month, 18% per annum.)

# INVOICE

## Claude Joiner Reporting Service, Inc.

410 American Federal Building
P.O. Box 94
Macon, Georgia 31202-0094

IRS No.: 58-1210727

Telephone: (478) 742-6611
(478) 746-7804
Fax No: (478) 745-9511

**DATE:**     APRIL 28, 2011          **REPORTER: VANESSA CUMMINGS**

**INVOICE NO.   VCC # 3128**

| | |
|---|---|
| FINCH MCCRANIE, LLP<br>225 PEACHTREE STREET, N.E.<br>1700 SOUTH TOWER<br>ATLANTA, GEORGIA 30303<br>ATTORNEY: RICHARD HENDRIX | RE: ABIGAIL MARILYN AYERS V.<br>OFFICER BILLY SHANE HARRISON ET AL.<br>US DISTRICT COURT, NORTHERN DISTRICT, GAINESVILLE DIVISION<br>CIVIL ACTION NO. 2:10-CV-0032-RWS |

| | |
|---|---|
| DEPOSITION OF: KAYLA BARRETT, TRANSCRIPT COPY | DATE: 4/12/11          TOTAL AMOUNT<br><br>Inv. No. VCC # 3128          $361.20 |

THANKS FOR YOUR BUSINESS
10% DISCOUNT IF PAID WITHIN 15 DAYS!
WE ACCEPT MASTERCARD AND VISA



**OPEN ACCOUNT: Invoice totals are due and payable in full within 30 days of receipt. In accordance with Georgia Law (O. C. G. A. Section 7-4-16), interest will be charged at the rate of 1-1/2% per month (which is an ANNUAL PERCENTAGE RATE OF 18%) on the balance shown on your invoice as being "Past Due."**



_/ 4 8 3/_

# AI2-3D

352 Via Carmine Avenue
Woodbridge, Ontario
L4H 2N8
Canada
416-704-2695
eliscio@ai2-3d.com
www.ai2-3d.com

# INVOICE

TO  Richard W. Hendrix
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303
404-658-9070-Tel
800-228-9159-Tel
404-688-0649-Fax
rhendrix@finchmccranie.com

## INVOICE # 265

Date: May 5, 2011

| SALESPERSON | JOB/CASE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Eugene Liscio | Ayers-Discovery | 100% | June 5, 2011 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Discovery on Ayers case, meeting time on May 3 and preparation 4 hrs@$200/hr | | $800.00 |

_8155_

| | | |
|---|---|---|
| **Note:** **Please make all checks payable to AI2-3D** | SUBTOTAL | $800.00 |
| Copyright to all works property of AI2-3D | HST | $0.00 |
| Late fees applied at 1.5% monthly, 18% annually, 30 days from invoice. | TOTAL | **$800.00** |

Thank You for Your Business




# AI2-3D

352 Via Carmine Avenue
Woodbridge, Ontario
L4H 2N8
Canada
416-704-2695
eliscio@ai2-3d.com
www.ai2-3d.com

# INVOICE

TO   Richard W. Hendrix
     Finch McCranie, LLP
     225 Peachtree Street, N.E.
     1700 South Tower
     Atlanta, GA 30303
     404-658-9070-Tel
     800-228-9159-Tel
     404-688-0649-Fax
     rhendrix@finchmccranie.com

### INVOICE # 266

Date: May 5, 2011

| SALESPERSON | JOB/CASE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Eugene Liscio | Ayers-Discovery | 100% | June 5, 2011 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Discovery on Ayers case, travel and expenses | | $2,937.67 |

PAID
JUN 09 2011
PAID
BY: 8173

| | | | |
|---|---|---|---|
| **Note:** **Please make all checks payable to AI2-3D** | | SUBTOTAL | $2,937.67 |
| Copyright to all works property of AI2-3D | | HST | $0.00 |
| Late fees applied at 1.5% monthly, 18% annually, 30 days from invoice. | | TOTAL | **$2,937.67** |

Thank You for Your Business

**Dustin Productions LLC**
6103 Joe Frank Harris Parkway Suite-E
Adairsville, GA 30103
404-368-0659

# Invoice

| | DATE | INVOICE # |
|---|---|---|
| | 5/7/2011 | 1236 |

| BILL TO |
|---|
| Finch McCranie, LLP |
| 225 Peachtree Street, N.E. |
| 1700 South Tower |
| Atlanta, GA 30303 |

| DUE DATE | P.O. NUMBER |
|---|---|
| 6/6/2011 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Misc Charge | Travel to Atlanta, Meetings, Assiting Mr. Liscio, review of information, loan of Computer | 8 | 100.00 | 800.00 |

*PAID* (stamp) E. MAY 18 2011 A BY. 8/16/

| | | |
|---|---|---|
| | Subtotal | 800.00 |
| | 0% Tax | |
| | **Total** | **800.00** |

1/831

# VARGAS REPORTING SERVICES, INC.

*Certified Court Reporters*
*5755 North Hillbrooke Trace*
*Johns Creek, GA 30005*
*(678) 458-4030*
*mariannevargas@bellsouth.net*

# Invoice

Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303

**INVOICE NO. :**   971871
**INVOICE DATE:**   5/12/2011
**REPORTER:**
Marianne Vargas

**ID#**  58-2167511

Richard W. Hendrix, Esq.
*Ayers v. Harrison, et al.*
U.S. District Court, Gainesville Div.
CAFN 2:10-CV-0032-RWS

| Date | Description | Amount |
|------|-------------|--------|
| 5/04/2011 | Deposition of Eugene Liscio, P.E. | |
| | E-tran copy, mini & index | 575.25 |
| | Exhibits | 31.85 |
| | CD of transcript/exhibits | 25.00 |
| | Shipping & Handling | 15.00 |
| | | |
| | Thank you! | |

| | |
|------|--------|
| **Sub Total** | 647.10 |
| **Paid** | 0.00 |
| **Balance Due** | 647.10 |



*Late charges will be added to all past-due invoices over 30 days.*



RwH
Ayers/1983 1-8

ESQUIRE
**Esquire Solutions - Atlanta**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (877) 495-0777
Fax (866) 590-3205

ESQUIRE
an Alexander Gallo Company

**Remit to:**
Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*Invoice # BG233271*

| Invoice Date | 05/16/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 06/15/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/28/2011 | AYERS, ABIGAIL MARILYN vs. HARRISON, OFFIC | 219937 | 05/16/2011 | UPS |

RICHARD HENDRIX, ESQ.
FINCH MCCRANIE, LLP
1700 SOUTH TOWER
225 PEACHTREE STREET NE
ATLANTA, GA 30303

**Description**

Original Deposition for CHARLES_J KEYS, 04/28/2011 (CLARKSVILLE, VA)

SUMMARY

*MATTER NUMBER: 14831*
*LOCATION OF DEPOSITION: CLARKSVILLE, VA - MARILYN AYERS*



PAID
MAY 2 5 2011
BY: 8167

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |

**Amount Due On/Before 06/30/2011**     $ 632.25

Amount Due After 06/30/2011     $ 695.48

Tax Number: 20-8233517

# JVI & Associates, Inc.

PRIVATE INVESTIGATORS

# INVOICE

3605 Sandy Plains Road
Suite 240-119
Marietta, GA  30066
Office: 770.926.7018
Cell: 678.773.4739
Fax: 770.591.9839
Tax ID # 33- 1007946

Date:     9-Dec-11

**Bill to:**

Finch McCraine
225 Peachtree Street
1700 South Tower
Atlanta, GA 30303

Attention: Richard Hendrix

| Invoice Number | Project |
|---|---|
| 10-10164-07 | Jonathan Ayers |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/7/2011 | Expenses: Copy fee paid to GBI- Open Records Request-regarding re-investigation of Billy Shane Harrison's powers of arrest | | | $  118.73 |
| | Shipping expense | | | $   11.33 |
| | | | | |
| | | | | **$130.06** |

8356



*Rev #*       *04*

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2012 | 5395 |

<table>
<tr><td><b>Bill To</b></td><td><b>Ship To</b></td></tr>
<tr>
<td>Finch McCranie, LLP<br>225 Peachtree St.<br>Suite 1700<br>Atlanta, Ga. 30303</td>
<td>Finch McCranie, LLP<br>225 Peachtree St.<br>Suite 1700<br>Atlanta, Ga. 30303</td>
</tr>
</table>

| Client Matter # / Client Case Name | Terms | Due Date | Rep | Client Name |
|---|---|---|---|---|
| 14831 | Net 30 | 7/29/2012 | WM | Dolores Meredith |

| Quantity | Product or Service | Price Each | Units | Amount |
|---|---|---|---|---|
| 9 | Duplication of Master DVD | 22.50 | Per Disc | 202.50 |

PAID
AUG 01 2012
BY: 8509

| Thank you for your business! | Sign/Date Here: | | |
|---|---|---|---|

| | | |
|---|---|---|
| **Total** | | $202.50 |

**Remit Payment To:**
**Choice Document Solutions, Inc**
**P.O. Box 78006**
**Atlanta, GA. 30357**
**FEIN: 06-1767473**

| E-mail |
|---|
| wmarinello@choicedocuments.com |
| 404-210-9993 |

| **Discounts / Payments** | $0.00 |
|---|---|
| **Balance Due** | $202.50 |



# Invoice

| Date | Invoice # |
|---|---|
| 2/14/2013 | 5884 |



## Choice
### DOCUMENT SOLUTIONS, INC
*a legal technology company*

**Bill To**
Finch McCranie, LLP
225 Peachtree St.
Suite 1700
Atlanta, Ga. 30303

**Ship To**
Finch McCranie, LLP
225 Peachtree St.
Suite 1700
Atlanta, Ga. 30303

| Client Matter # / Client Case Name | Terms | Due Date | Rep | Client Name |
|---|---|---|---|---|
| Ayers Case - 14831 | Net 30 | 3/16/2013 | WM | Erin Morris |

| Quantity | Product or Service | Price Each | Units | Amount |
|---|---|---|---|---|
| 2 | Scanning of Oversize Documents per square foot (C\C) | 3.99 | Per Sq Ft | 7.98 |
| 10 | Scanning of Oversize Documents per square foot (B\W) | 1.50 | Per Sq Ft | 15.00 |
| 1 | Blowbacks of Color Copies 8 1/2 x 11 | 0.85 | Page | 0.85 |
| 5 | B/W Blowbacks | 0.10 | Per Page | 0.50 |
| 1 | Original CD | 30.00 | Per Disc | 30.00 |

*8635*

| Thank you for your business! | Sign/Date Here: | **Total** | $54.33 |
|---|---|---|---|

**Remit Payment To:**
**Choice Document Solutions, Inc**
**P.O. Box 78006**
**Atlanta, GA. 30357**
**FEIN: 06-1767473**

**E-mail**
wmarinello@choicedocuments.com
404-210-9993

| **Discounts / Payments** | $0.00 |
|---|---|
| **Balance Due** | $54.33 |

DATA POLICY: We will retain client data for 90 days. After 90 days, the data will be archived and storage/restoration charges may apply to recover the data. After 180 days, the data will be permanently deleted and unrecoverable. Please contact your sales account representative for more information and available options to retain your data.



*Ayers//14831*
*RW H*      *OB*


## DOCUMENT SOLUTIONS, INC
*a legal technology company*

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/13/2013 | 6069 |

| Bill To |
|---------|
| Finch McCranie, LLP |
| 225 Peachtree St. |
| Suite 1700 |
| Atlanta, Ga. 30303 |

| Ship To |
|---------|
| Finch McCranie, LLP |
| 225 Peachtree St. |
| Suite 1700 |
| Atlanta, Ga. 30303 |

| Client Matter # / Client Case Name | Terms | Due Date | Rep | Client Name |
|---|---|---|---|---|
| 14831 | Net 30 | 6/12/2013 | WM | Dolores Meredith |

| Quantity | Product or Service | Price Each | Units | Amount |
|---|---|---|---|---|
| 1,221 | Scanning of Original Documents | 0.14 | Per Page | 170.94 |
| 1,221 | TIFF to PDF conversion, Searchable | 0.06 | Per Page | 73.26 |
| 894 | B/W Blowbacks with Assembly | 0.08 | Per Page | 71.52 |
| 34 | Naming of Files | 0.65 | Per Item | 22.10 |
| 1 | Original CD | 30.00 | Per Disc | 30.00 |
| 1 | Duplication of CD | 25.00 | Per Disc | 25.00 |

PAID
PAID JUN 0 5 2013 PAID
BY: 8701

| Thank you for your business! | Sign/Date Here: | | **Total** | **$392.82** |
|---|---|---|---|---|

**Remit Payment To:**
**Choice Document Solutions, Inc**
**P.O. Box 78006**
**Atlanta, GA. 30357**
**FEIN: 06-1767473**

| E-mail |
|--------|
| wmarinello@choicedocuments.com |
| 404-210-9993 |

| **Discounts / Payments** | $0.00 |
|---|---|
| **Balance Due** | **$392.82** |

DATA POLICY: We will retain client data for 90 days. After 90 days, the data will be
archived and storage/restoration charges may apply to recover the data. After 180 days, the
data will be permanently deleted and unrecoverable. Please contact your sales account
representative for more information and available options to retain your data.

# CHECK REQUEST

Payable To:        Denny Folsom

Amount:                  $75.00

Reference:       Witness and mileage fees

File Name/Number:    Ayers/14831

Requested by:      RWH/dcm


Date Requested:        12/30/13


Comments:       Return to me.

                    Thank you

                    Dolores





PAID
PAID
DEC 30 2013
PAID
BY: 8828

# CHECK REQUEST

Payable To:     Alisia Michelle Granger

Amount:         $150.00

Reference:     Additional Witness fee and mileage

File Name/Number:   Ayers/14831

Requested by:    RWH/dcm

Date Requested:    1/14/14

Comments:     Return to me.

                Thank you

                Dolores



PAID
PAID   JAN 1 4 2014   PAID
BY: 8839

## *I N V O I C E*

January 14, 2014

TO:      Richard Hendrix
            Finch McCranie, LLP

FROM:   Denise de La Rue

RE:       AYERS Focus Group

Initial Retainer .................................................................$4,000.00



# CHECK REQUEST

Payable To:      Sterling Williams

Amount:          $75.00

Reference:       Witness fee and mileage

File Name/Number:      Ayers/14831

Requested by:      RWH/dcm

Date Requested:      1/21/14

Comments:        Return to me.

                 Thank you

                 Dolores



**Legal Technology Services, Inc.**
4470 Atlanta Highway
Suite A
Loganville, GA 30052

PLEASE DETACH AND RETURN TOP PORTION WITH
YOUR PAYMENT.

| Terms | Ship Date | Ship Via | Rep |
|---|---|---|---|
| Net 30 | 1/18/2014 | UPS | LK |

| Description | Qty/Hrs | Rate | Amount |
|---|---|---|---|
| Focus Group Preparation and Presentation | | | |
| RE: AYERS v. HARRISON | | | |
| Database Creation and Management, PowerPoint Creation, Editing | 11.5 | 85.00 | 977.50 |
| Printed Set of photos - 104 | 104 | 0.25 | 26.00 |
| Shipping & Handling - Next Day Air UPS | 1 | 40.00 | 40.00 |
| Digital Trial Presentation - Focus Group in Gainesville Saturday, 1/18/14. | 1 | 850.00 | 850.00 |

PAID
P
A FEB 14 2014
I
D
BY: 8869

TERMS: NET 30. 1.5% per month charged on past due
accounts. TIN: 58-2389359 PHONE: (770) 554-1633
EMAIL: mbc@LTSAtlanta.com
WEB: www.LTSAtlanta.com

| Total | Payments/Credits | Balance Due |
|---|---|---|
| $1,893.50 | $0.00 | $1,893.50 |

*RWH    Ayers/1983/*
*01*



# AI2-3D

352 Via Carmine Avenue
Woodbridge, Ontario
L4H 2N8
Canada
416-704-2695
eliscio@ai2-3d.com
www.ai2-3d.com

# INVOICE

TO   Richard W. Hendrix
     Finch McCranie, LLP
     225 Peachtree Street, N.E.
     1700 South Tower
     Atlanta, GA 30303
     404-658-9070-Tel
     800-228-9159-Tel
     404-688-0649-Fax
     rhendrix@finchmccranie.com

**INVOICE # 380**

Date: February 8, 2014

| SALESPERSON | JOB/CASE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Eugene Liscio | Ayers-Trial | 100% | March 7, 2014 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Preparation and review of new materials for Ayers Trial Testimony on February 7, 2014  Flights, meals and expenses for travel to Gainseville | | $5583.19 |

PAID
PAID    FEB 1 4 2014    PAID
BY    8863

| | | |
|---|---|---|
| Note: **Please make all checks payable to AI2-3D** | SUBTOTAL | $5583.19 |
| Copyright to all works property of AI2-3D | HST | $0.00 |
| Late fees applied at 1.5% monthly, 18% annually, 30 days from invoice. | TOTAL | **$5583.19** |

Thank You for Your Business

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

INVOICE NO: 20140007

**MAKE CHECKS PAYABLE TO:**

Richard W. Hendrix, Esq.
Finch McCranie, LLP
225 Peachtree Street, N.E.
1700 South Tower
Atlanta, GA 30303

Phone:   (404) 658-9070
FAX:     (404) 688-0649

rhendrix@finchmccranie.com

SHARON D. UPCHURCH, RPR
United States Court Reporter
Room 2114, U.S. District Court
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Phone:     (404) 215-1354

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| [x] CRIMINAL   [ ] CIVIL | 02-10-2014 | 02-12-2014 |

**Case Style:** 2:10-CV-00032-RWS, Abigail M. Ayers v Billy Shane Harrison
Expedited transcripts of excerpts from jury trial; testimony of Jeffrey
P. Alpert on 2/6/2014 and M.T. Ayers on 2/5/2014.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 11 | 4.85 | 53.35 | | | | | | | 53.35 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 53.35 |

PAID
PAID  FEB 2 6 2014  PAID
BY. 8885

| | |
|---|---|
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $53.35 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| Sharon D. Upchurch | 02-18-2014 |

(All previous editions of this form are
cancelled and should be destroyed)

# JEFFREY J. NOBLE
3 Via Liebre, Rancho Santa Margarita, CA 92688

www.policeconduct.net
jeffnoble@cox.net
(949) 279-4678

February 12, 2014

Richard Hendrix
225 Peachtree St. N.E.
1700 South Tower
Atlanta, GA 30303

Re: Ayers v. Mountain Judicial Circuit NCIS

Dear Mr. Hendrix:

I appreciate the opportunity to work on this matter. This letter will serve as my invoice regarding the Ayers matter.

| | |
|---|---|
| Flight: | $532.00 |
| Rental car: | $78.30 |
| Fuel: | $20.54 |
| Travel time (14 hours @ $225/hr): | $3,150.00 |
| Court Preparation (4.5 hours @ $225/hr): | $1012.50 |
| Court testimony: | $2,750.00 |
| | |
| Total Due: | **$7,543.34** |

Please forward payment to:

Jeff Noble
3 Via Liebre
Rancho Santa Margarita, CA 92688

Taxpayer ID# 26-3001039

Sincerely,

Jeff Noble

PAID
PAID   FEB 2 6 2014   PAID
BY: 8888

**Legal Technology Services, Inc.**
4470 Atlanta Highway
Suite A
Loganville, GA 30052

PLEASE DETACH AND RETURN TOP PORTION WITH
YOUR PAYMENT.

| Terms | Ship Date | Ship Via | Rep |
|---|---|---|---|
| Net 30 | 2/19/2014 | | BAP |

| Description | Qty/Hrs | Rate | Amount |
|---|---|---|---|
| AYERS v. HARRISON Trial Preparation and Presentation | | | |
| Database Creation and Management | 10.5 | 85.00 | 892.50 |
| Database Creation and Management in Gainesville 2/2, 2/9 and 2/17. | 3 | 750.00 | 2,250.00 |
| Editing - Surveillance video - Captured 8 videos, authored custom DVD | 5 | 85.00 | 425.00 |
| menu and captured audio and made 6 clips. 5 Hrs (3 DVDs provided) | | | |
| Digital Trial Presentation - 8 Days | 8 | 1,500.00 | 12,000.00 |
| | | | |
| Travel Expenses - Hotel 2/9-2/10 $288.27, Hotel 2/17-2/18 $278.36, | 1 | 1,137.35 | 1,137.35 |
| Meals for Team $570.72 | | | |

PAID
MAR 04 2014
PAID
By. _876_

| | Total | Payments/Credits | Balance Due |
|---|---|---|---|
| TERMS: NET 30.  1.5% per month charged on past due accounts.  TIN: 58-2389359  PHONE: (770) 554-1633  EMAIL: mbc@LTSAtlanta.com  WEB: www.LTSAtlanta.com | $16,704.85 | $0.00 | $16,704.85 |

Bruce A. Seaman, Ph.D.
748 Myrtle St. N.E.
Atlanta, GA 30308

Summary of Charges:
February 21, 2014
Present Value Report

| | | |
|---|---|---|
| Analyses of present value calculations; research into lost interest issue; consultations with counsel; preparation of report: | | 2.25 hours |
| Fee @$425.00/hour: | $ | 956.25 |
| Amount prepaid: | $ | 0.00 |
| Net amount due: | $ | 956.25 |

Bruce A. Seaman
748 Myrtle St., N.E.
Atlanta, GA 30308
W-9 on file (if required, please let me know)



# JVI & Associates, Inc.

PRIVATE INVESTIGATORS

# INVOICE

3605 Sandy Plains Road
Suite 240-119
Marietta, GA 30066
Office: 770.926.7018
Cell: 678.773.4739
Fax: 770.591.9839
Tax ID # 33- 1007946

Date:     Feb. 21, 2014

**Bill to:**

Finch McCraine
225 Peachtree Street
1700 Tower
Atlanta, GA 30303

Attention: Richard Hendrix

| Invoice Number | Project |
|---|---|
| 10-10164-08 | Jonathan Ayers |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/18/2014 | Testify in Federal Court, Gainesville, GA | 7.00 | $ 75.00 | $ 525.00 |
| | Expenses: 125 miles @ .55= | | | $ 68.75 |
| | | | | |
| | PAID FEB 26 2014 PAID BY: 8P8D | | | |
| | | | | $593.75 |





# Kelly Fite
**Forensic Firearms Examiner**
**318 Charmers Way**
**Lilburn GA 30047**

February 21, 2014

Richard W. Hendrix, Attorney
Finch McCranie, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, GA  30303

Re:  Jonathan Ayers

| | | |
|---|---|---|
| 1/27/14 | Review of Discovery Material 4 hrs. @ $150 per hr. ------------------------- | $ 600.00 |
| 2/1/14 | Conference with attorney 2 hrs. ------------------------------------------------------ | 300.00 |
| 2/4/14 | Consultation with attorney, Gainesville, GA 1 hr.------------------------------- | 150.00 |
| 2/5/14 | Expert witness testimony in Federal Court ------------------------------------ | 1100.00 |

TOTAL        $2150.00

Kelly Fite
Firearms Examiner
SS# 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



PAID
FEB 2 6 2014
BY: 8850

Phone: 770-921-3958   Cell: 770-241-4663  Fax: 770-921-8217 Email: kfite76542@aol.com

*C. Joe Tucker & Associates*

5068 Bridgeport Way
Norcross, Georgia 30092
Telephone/Fax: 770-449-8152

**Invoice No.**    369

|  | |  |
|---|---|---|
| **Name** | Finch McCranie, LLP  attn: Richard Hendrix | DATE 2/23/14 |
| **Address** | 225 Peachtree Street, NE | |
|  | Atlanta, Georgia 30303 | |
| **Telephone** | 404-658-9070 | |

PAID
PAID  FEB 26 2014  PAID
BY:

| QTY | DESCRIPTION | TOTAL |
|---|---|---|
| | Invoice for services rendered in Ayers case: | |
| 1.5 hours
3 IRB
reports | 1/6/14--conducted research in efforts to locate witnesses Motes, Granger, and Eddie and Mary Frances Parks.  Contacted witness Motes, purchased IRB intel reports for Granger and Mr. and Mrs. Parks (3); | $150.00
45.00 |
| 0.9 hour | 1/8/14--searched Georgia DOC website and other databases for records re Kayla Barrett and Sterling Williams; | 90.00 |
| 6.33 hours
182 miles | 1/10/14--drove to Toccoa, Ga., to locate witnesses; | 633.00
101.92 |
| 0.5 hours | 1/14/14--spoke to R. Hendrix re witnesses, did further research on Barrett and Williams, wrote letter to witness S. Williams; | 50.00 |
| 5.0 hours | 1/30/14--drove to Toccoa, Ga., with R. Hendrix and S. Wisebram, to prepare witness L. Motes; | 500.00 |
| 10 hours
243 miles | 2/5/14--drove to Toccoa, Ga., picked up witnesses E. Parks and M. Parks, drove them to Gainesville, Ga. federal courthouse for testimony, drove them back home, returned to Gainesville for my testimony; | 1,000.00
136.08 |
| 5.0 hours | 2/18/14--traveled to Gainesville federal court for trial testimony;

Thank you for calling me to assist in this matter! | 250.00 |

**TOTAL** | $2,956.00