# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 23, 2016

Richard W. Hendrix
Finch McCranie, LLP
225 PEACHTREE ST NE
1700 S TOWER
ATLANTA, GA 30303

Appeal Number: 14-12250-BB
Case Style: Abigail Ayers v. Kyle Bryant, et al
District Court Docket No: 2:10-cv-00032-RWS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis/jfc, BB
Phone #: (404) 335-6179

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

─────────────────────────

No. 14-12250-BB

─────────────────────────

ABIGAIL MARILYN AYERS,
as Surviving Spouse and Administratix of the Estate of Jonathan Paul Ayers,

                        Plaintiff - Appellee
                        Cross Appellant,

versus

OFFICER BILLY SHANE HARRISON,
Individually and In His Official Capacity,

                        Defendant - Appellant
                        Cross Appellee,

OFFICER KYLE BRYANT,
Individually and In His Official Capacity, et al.,

                        Defendants.

─────────────────────────

Appeal from the United States District Court
for the Northern District of Georgia

─────────────────────────

ORDER:

    Appellee-Cross Appellant's Motion to withdraw Motion for attorney's fees

is GRANTED.

                                      /s/  ADALBERTO JORDAN
                                    UNITED STATES CIRCUIT JUDGE